PLAINTIFF'S EXHIBIT (A)

March 26, 2012

Dear Credit Bureau of Jonesboro,

In response to the letter you sent me that has dated February 27, 2012, and the account number from you of 2249932. I refuse to pay this debt because I don't think I owe that because I was only there for an hour and then left after I started feeling better.

Thank You,

Brandon Scroggin