Case 3:12-cv-00128-SWW Document 1-3 Filed 05/25/12 Page 1 of 1

PLAINTIFF'S EXHIBIT (C)

## VOICE MAIL LEFT FOR THE PLAINTIFF BY THE DEFENDANT
## ON THE DATE OF APRIL 27, 2012, ON OR AROUND 11:54 AM

**Defendant-** This message is for Brandon Scroggin, if you are not Brandon, please hang up and disconnect.

If you are Brandon, please continue to listen to this message. There will now be a three second pause in the message.

By continuing to listen to this message, you acknowledge you are Brandon Scroggin. You should not listen to this message where other people can hear it, as it contains personal and private information. There will now be a three second pause where you can listen to it in private.

This is Ally, from the Credit Bureau of Jonesboro, I'm a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 336-1146.