109 East Jackson
PO Box 1305
Jonesboro AR 72403-1305
RETURN SERVICE REQUESTED

PLAINTIFF'S EXHIBIT (D)

**Credit Bureau of Jonesboro**
109 East Jackson • PO Box 1305
Jonesboro, AR 72401-3107
(870) 932-6699 • (870) 336-1146
Toll Free: (800) 495-6646
www.cbjinc.com

MAY 08 2012

Re: ST BERNARDS MEDICAL CTR
Client Acct #: SV0121445142
Balance Due: $1219.50

2249932 - 2 - 4362
BRANDON SCROGGIN
526 W Monroe Ave
Jonesboro AR 72401-2767

Credit Bureau of Jonesboro
109 East Jackson
PO Box 1305
Jonesboro AR 72403-1305

*** Detach Upper Portion and Return with Payment ***

4362-JONE1002-Y11B429AA4

Re: ST BERNARDS MEDICAL CTR
Client Acct #: SV0121445142
Balance Due: $1219.50
Account No.: 2249932

For the purpose of this communication, we are acting as debt collectors, this is an attempt to collect a debt and any information obtained will be used for that purpose.

### DEFAULT NOTICE

Your balance is still in default. This creditors instructions are to collect this debt.

Please contact our office at your earliest convenience so that we can assist you in resolving this matter.

If you have already mailed your payment please disregard this notice.

IF YOU WISH TO PAY BY MASTERCARD, VISA, DISCOVER OR AMERICAN EXPRESS,
FILL IN THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

   

$ _____  ____/____

Account Number        Payment Amount        Expire Date

Card Holder Name                            Signature of Card Holder

Payments may be made at our website at www.cbjinc.com