**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 31 2012

JAMES W. McCORMACK, CLERK
By: _____
                    DEP-CLERK

3:12 cv 128

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT034257
Cashier ID: sidavi
Transaction Date: 05/31/2012
Payer Name: BRANDON SCROGGIN
------------------------------------
CIVIL FILING FEE
 For: BRANDON SCROGGIN
 Case/Party: D-ARE-3-12-CV-000128-001
 Amount:      $350.00
------------------------------------
CHECK
 Check/Money Order Num: 127
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."