UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 5 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

BRANDON SCROGGIN
PLAINTIFF
PRO-SE

_____/

VS                    **3:12-CV-00128-SWW**

CREDIT BUREAU OF JONESBORO, INC.
DEFENDANT

_____/

### AFFIDAVIT OF SERVICE UPON CORPORATION OFFICER SHELIA GUINN

On the date of May 25, 2012, in the above captioned matter, Pro-Se Plaintiff Brandon Scroggin (hereinafter "Plaintiff") filed his complaint against Credit Bureau of Jonesboro Inc. (hereinafter "Defendant"), a corporation.

On the date of May 31, 2012, Plaintiff began the process of having the Defendant served under the Federal Rules of Procedure Rule 4(h)(1)(a), which states, when serving a corporation, a summons must be in a judicial district of the United States and in the manner prescribed by Rule 4(e)(1) for serving an individual.

Federal Rule 4(e)(1) states, unless federal law provides otherwise, an individual other than a minor, an incompetent person, or a person whose waiver has been filed-may be served in a judicial district of the United States by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made.

The Defendant is not a minor, an incompetent person and no waiver of service has been filed.

Under the Arkansas Rules of Civil Procedure, Rule 4(5), when serving a corporation in the state of Arkansas, it shall be done by delivering a copy of the summons and complaint to an officer, partner other than a limited partner, managing or general agent authorized by appointment or by law to receive

service of process.

*__Under the Arkansas Rules of Civil Procedure, Rule 4(5)(8)(a)(i), service of a summons and complaint upon a corporation may be made by the Plaintiff by any form of mail addressed to the person to be served with a return receipt requested and delivery restricted to the addressee or the agent of the addressee.__*

According to the Arkansas Secretary of State, although their status is "**revoked**" and the Defendant will further explore this issue via discovery, under officers, the Defendant has the following officers (Eee exhibit A attached hereto and incorporated by reference);

Homer Hart-    Tax Preparer

Homer Hart-    Vice President

Orville Guinn- President

Shelia Guinn-  Secretary

Shelia Guinn-  Treasurer

On the date of May 31, 2012, the Plaintiff personally prepared the summons and complaint which were to be served on Shelia Guinn, an officer of the Defendant, by placing both in a manila folder.

The Plaintiff personally took the manila folder containing the summons and complaint to the United States Postal Service, Mattie W. Caraway Station.

A certified mailing with return receipt was requested, and since Ms. Guinn is an officer of the Defendant and not the registered agent, restricted deliver was also requested.

The cost of the mailing was paid by the Plaintiff, and the Plaintiff received a certified mailing receipt *(See exhibit B  attached hereto and incorporated by reference)*.

On the date of June 2, 2012, at 9:17 am, according to the United States Postal Service online tracking, the summons and complaint were delivered to and signed for by Ms. Guinn, an officer of the Defendant *(See exhibit C attached hereto and incorporated by reference)*.

On the date of June 5, 2012, the Plaintiff received from the United States Postal Service, the signed

return receipt which Ms. Guinn personally signed on June 2, 2012.  *(See exhibit D attached hereto and incorporated by reference).*

The Plaintiff personally checked the tracking number of the invoice which was given on May 31, 2012, by the United States Postal Service against the tracking number on the returned receipt which was signed by Ms. Guinn on June 2, 2012.

Both documents had the same tracking number of 7011-3500-0000-0854-1919.

Plaintiff swears under oath and under penalty of perjury, the Plaintiff personally prepared all documents for service, those documents were copies of the documents on file with the United States District Court for the Eastern District of Arkansas, personally delivered said documents to the United States Postal Service, Mattie W. Caraway Station, and requested and paid for certified mailing with restricted delivery for Shelia Guinn only, an officer of the Defendant.

Furthermore, the Plaintiff swears under oath and under penalty of perjury, the attached copies of the postal invoice certified mail receipt and the signed returned receipt signed by Ms. Guinn, are true and correct copies of the original documents which are in the Plaintiff's custody, possession and direct control, and the Plaintiff can and will provide those originals of said documents at trial or at any other time as ordered by the Court.

On this 5th day of June, 2012, the Plaintiff has personally delivered this affidavit of service, with all exhibits referenced in this affidavit attached, to the Clerk of the Court and requested the Affidavit of Service Upon Corporate Officer Shelia Guinn be filed with the Court on behalf of the Plaintiff, Brandon Scroggin.

The Plaintiff has perfected service upon the Defendant by serving Ms. Guinn, an officer of the Defendant, and in compliance with the Federal Rules of Civil Procedure, Arkansas Rules of Civil Procedure and the United States District Court for the Eastern District of Arkansas local rule 4.1(b)(c).

Respectfully Submitted:

Brandon Scroggin
526 West Monroe
Jonesboro, AR. 72401
870-897-3872
acsscroggin@gmail.com

## CERTIFICATE OF MAILING

I, Brandon Scroggin, do hereby certify that I have served a copy of this affidavit upon the Defendant,

by mailing a copy with sufficient postage affixed and sent by first class mail to the Defendant.  As the

Plaintiff at the time of this mailing has not been made aware of legal counsel for the Defendant, the

Plaintiff has mailed this copy to W.E. Harrell, registered agent for the Defendant, and sent to the

address of 109 East Jackson, Jonesboro, AR. 72403, the physical location of the named Defendant in

this action.

EXHIBIT A



ARKANSAS
SECRETARY OF STATE
*Mark Martin*

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version
LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | CREDIT BUREAU OF JONESBORO INC. |
| Fictitious Names | |
| Filing # | 100013892 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 576 of 1965 |
| Status | Revoked |
| Principal Address | |
| Reg. Agent | W. E. HARRELL |
| Agent Address | X |
| | JONESBORO, AR |
| Date Filed | 07/12/1947 |
| Officers | SEE FILE, Incorporator/Organizer |
| | HOMER M HART , Tax Preparer |
| | ORVILLE A GUINN , President |
| | SHEILA A GUINN , Secretary |
| | HOMER M HART , Vice-President |
| | SHEILA H. GUINN , Treasurer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Pay Franchise Tax for this corporation**

EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.50 | 0408 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $4.55 |
| Total Postage & Fees | $ | $11.35 |

Postmark Here
MAY 31 2012

05/31/2012

Sent To SHEILA GUNN
Street, Apt. No.; or PO Box No. 1506 S. CHURCH ST
City, State, ZIP+4 Jonesboro, AR 72401

7011 3500 0000 0854 1919

PS Form 3800, August 2006          See Reverse for Instructions

USPS.com® - Track & Confirm    EXHIBIT C    https://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=7011...

English          Customer Service          USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

[ GET EMAIL UPDATES ]    [ PRINT DETAILS ]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70113500000008541919 | First-Class Mail® | Delivered | June 02, 2012, 9:17 am | JONESBORO, AR 72401 | **Expected Delivery By:** June 1, 2012 |
| | | | | | Certified Mail™ |
| | | | | | Restricted Delivery |
| | | | | | Return Receipt |
| | | Depart USPS Sort Facility | June 01, 2012 | JONESBORO, AR 72401 | |
| | | Processed at USPS Origin Sort Facility | June 01, 2012, 12:44 am | JONESBORO, AR 72401 | |
| | | Acceptance | May 31, 2012, 2:32 pm | JONESBORO, AR 72401 | |

**Check on Another Item**

What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

EXHIBIT D

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sheila Guinn_  ☐ Agent ☒ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>_SheilaGuinn_ |
| 1. Article Addressed to:<br><br>SHELIA GUINN<br>1506 S. CHURCH ST.<br>JONESBORO, AR.<br>72401 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 3500 0000 0854 1919 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540