IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN,                                                 PLAINTIFF
PRO SE

V.                    NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                      DEFENDANT

## ENTRY OF APPEARANCE

Comes now, Rebecca Worsham of the MIXON LAW FIRM, to officially enter her appearance in this matter as counsel for Defendant, Credit Bureau of Jonesboro, Inc.

Respectfully Submitted,

Rebecca Worsham (2009260)
MIXON LAW FIRM
Attorneys for Defendant
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600; 870.935.8622 (f)
rworsham@mixonlawfirm.com

/s/   Rebecca Worsham
Rebecca Worsham

Certificate of Service

I, Rebecca Worsham, certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of the Court using the CM/ECF system, and a copy has been mailed by U.S. Mail, postage prepaid, to the Plaintiff as listed below on June 25, 2012.

Brandon Scroggin
526 West Monroe
Jonesboro, Arkansas 72401
870.897.3872
acsscroggin@gmail.com

/s/ Rebecca Worsham
Rebecca Worsham