# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRANDON SCROGGIN                                                                                   PLAINTIFF(S)

vs.                                             NO.  3:12CV00128  **SWW**

CREDIT BUREAU OF JONESBORO, INC.                                                     DEFENDANT(S)

## **INITIAL SCHEDULING ORDER**

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**            <u>September 4, 2012</u>

The parties are jointly responsible for holding their Rule 26(f) conference on or before the specified date.

**(2) Rule 26(f) Report Due Date:**            <u>September 17, 2012</u>

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:**            <u>Monday, May 6, 2013, 1:30 p.m.</u>
            <u>615 S. Main, Room 324</u>
            <u>Jonesboro, AR 72401</u>

*NOTE: Although in the typical case, the deadline for completing discovery and filing motions should be no later than sixty (60) days before trial, BEFORE THIS COURT, the DISCOVERY DEADLINE SHOULD BE AT LEAST 5 MONTHS PRIOR TO TRIAL and the MOTIONS DEADLINE SHOULD BE AT LEAST 4 MONTHS PRIOR TO TRIAL.*

**(4) Rule 16(b) Conference (if needed):**

A telephone conference will be held, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then a telephone conference will be unnecessary.

- 2 -

**(5) Final Scheduling Order**:   <u>Will be issued September 24, 2012:</u>

      A Final Scheduling Order will be issued on or before the specified date, confirming the **JURY** trial date, setting deadlines, and resolving any disputes which may be taken up in a telephone conference.

                      AT THE DIRECTION OF THE COURT
                      James W. McCormack, Clerk

                      <u>/s/ Cecilia Norwood</u>
                      Deputy Clerk            (501) 604-5104