UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON SCROGGIN**                                                        **PLAINTIFF**

**VS.**                                **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**                        **DEFENDANTS**

## ENTRY OF APPEARANCE

Comes now Leigh Law LLC, by and through Victoria Leigh, and hereby enters its appearance as attorneys for the Plaintiff, Brandon Scroggin, in the above styled cause. The undersigned counsel respectfully requests that all pleadings, discovery, and orders be served upon her at the address indicated below.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 72221
501.658.3108
v@leigh-law.com or
vleigh7@gmail.com

By:_____

VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have served a true and correct copy of the foregoing via first class mail this ___ day of August, 2012 to the following:

Mixon Law Firm - Rebecca Worsham
Post Office Box 1442
Jonesboro, Arkansas 72403                                     _____
                                                                                            Victoria Leigh