IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                                                    PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                                   DEFENDANT

DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

1.     Defendant Credit Bureau of Jonesboro, Inc. denies each and every material allegation of Plaintiff's Amended Complaint unless otherwise admitted in this Answer.

2.     Defendant denies the allegations contained in the introductory Paragraphs and Preliminary Statement of Plaintiff's Amended Complaint.

3.     Defendant admits the allegations contained in Paragraphs (1)-(3) in that this Court has jurisdiction over this action and that venue is proper.

4.     Defendant admits the allegations contained in Paragraphs (4)-(5) of Plaintiff's Amended Complaint.

5.     Defendant denies the allegations contained in Paragraphs (6)-(8) of Plaintiff's Amended Complaint.

6.     Defendant admits the allegations contained in Paragraphs (9)-(11) of Plaintiff's Amended Complaint.

7.     Defendant denies the allegations contained in Paragraphs (12)-(32) of Plaintiff's Amended Complaint as they contain misinterpretations of the law.

8.     Defendant denies the allegations contained in Paragraphs (33)-(37) of Plaintiff's Amended Complaint.

9. Defendant admits that the legal terms: debt, consumer, debt collector, creditor, and communication have the same meanings under the FDCPA and AFDCPA as alleged in Paragraph (38) of Plaintiff's Amended complaint.

10. Defendant admits the allegations contained in Paragraphs (39)-(41) of Plaintiff's Amended Complaint.

11. Defendant denies the allegations contained in Paragraph (42) of Plaintiff's Amended Complaint.

12. Defendant admits the allegations contained in Paragraph (43) of Plaintiff's Amended Complaint.

13. Defendant denies the allegations contained in Paragraphs (44)-(45) of Plaintiff's Amended Complaint.

14. Defendant admits the allegations contained in Paragraph (46) of Plaintiff's Amended Complaint and further states that the initial communication letter stated the following:

> For the purpose of this communication I am acting as a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

15. Defendant admits the allegations contained in Paragraph (47) of Plaintiff's Amended Complaint.

16. Defendant admits that it received Plaintiff's letter regarding the debt, but denies the rest of the allegations contained in Paragraph (48).

17. Defendant denies the allegations contained in Paragraphs (49)-(50) of Plaintiff's Amended Complaint.

18. Defendant admits that a voice message was left on Plaintiff's personal cell phone but denies the rest of the allegations contained in Paragraph (51).

19. Defendant denies the allegations contained in Paragraphs (52)-(54) of Plaintiff's Amended Complaint.

20. Defendant admits that a second notice letter was sent to Plaintiff but denies the rest of the allegations contained Paragraph (55).

21. Defendant denies the rest of the allegations contained in Plaintiff's Amended Complaint.

<u>Affirmative Defenses</u>

22. Plaintiff's Amended Complaint should be dismissed pursuant to Fed. R. Civ. P. Rule 12 (b)(6) for failure to state a claim upon which relief may be granted.

23. Defendant pleads and claims any and all defenses, which may be applicable, pursuant to Fed. R. Civ. P. Rule 8(c).

24. All actions of Defendant in dealing with Plaintiff were done so in good faith and thus, Defendant pleads that if any violation occurred it resulted from bona fide error.

25. Plaintiff has unclean hands in bringing this Amended Complaint.

26. Defendant reserves the right to amend its Answer herein and plead further pending the completion of discovery.

27.     Defendant reserves the right to file a counter-claim in this action.

WHEREFORE, Defendant, Jonesboro Credit Bureau, Inc. prays that the Amended Complaint of Plaintiff Brandon Scroggin be dismissed; for its attorneys' fees and costs expended herein; for a trial by jury on all issues of fact arising herein; and for all other just and proper relief to which it may be entitled.

        Respectfully Submitted,

        MIXON LAW FIRM
        Attorneys for Defendant
        P.O. Box 1442
        Jonesboro, Arkansas 72403
        870.935.8600, 870.935.8266(f)
        rworsham@mixonlawfirm.com

        By: /s/ Rebecca Worsham
            Rebecca Worsham 2009260

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on August 8, 2012, using CM/ECF system, which shall send notification of the filing to the following:

Victoria Leigh
Leigh Law LLC
P.O. Box 21514
Little Rock, Arkansas 72221
501-658-3108
v@leigh-law.com

        /s/ Rebecca Worsham
        Rebecca Worsham