**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRANDON SCROGGIN                                                                PLAINTIFF

V.                                    NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                  DEFENDANT

**RULE 26(f) JOINT REPORT**

Comes now the parties, by and through their attorneys, and for their Rule 26(f) Report state:

1. <u>Any changes in time, form, or requirements of mandatory disclosures under Rule 26(a).</u>

    **RESPONSE:** Yes, the parties stipulate to allow for the initial disclosures under Rule 26(a) (1) to be exchanged no later than November 1, 2012.

2. <u>Date when mandatory disclosures were or will be made.</u>

    **RESPONSE:** November 1, 2012.

3. <u>Subjects on which discovery may be needed.</u>

    **RESPONSE:** Factual allegations made in Plaintiff's complaint and damages.

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

    a) <u>Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary court of business;</u>

    b) <u>The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;</u>

    c) <u>The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production</u>

    d) <u>Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;</u>

    e) <u>Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

    **RESPONSE:**

    a)    Yes.

    b)    Not Applicable.

    c)    Production may be made by email in pdf format or physical hard copy.

    d)    Yes.

    e)    None

5.    <u>Date by which discovery should be completed.</u>

    **RESPONSE:**    January 30, 2013

6.    <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

    **RESPONSE:**    None known at this time.

7.    <u>Any orders, e.g. protective orders, which should be entered.</u>

**RESPONSE:**     None anticipated at this time.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

    **RESPONSE:**     No.

9. Any objections to the proposed trial date.

    **RESPONSE:**     No.

10. Proposed deadline for joining other parties and amending the pleadings.

    **RESPONSE:**     February 28, 2013.

11. Proposed deadline for completing discovery.

    **RESPONSE:**     January 30, 2013.

12. Proposed deadline for filing motions other than motions for class certification.

    **RESPONSE:**     February 28, 2013.

13. Class Certification deadline.

    **RESPONSE:**     N/A.

        Respectfully Submitted By:

        /s/ Victoria Leigh  
        Victoria Leigh (2011257)  
        Leigh Law LLC  
        P.O. Box 21514  
        Little Rock, Arkansas 72221  
        501-658-3108  
        v@leigh-law.com

        And

        /s/ Rebecca Worsham  
        Rebecca Worsham (2009260)  
        MIXON LAW FIRM

Attorneys for Defendant
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600; 870.935.8622 (f)
rworsham@mixonlawfirm.com