# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

*BRANDON SCROGGIN*                                                                                      PLAINTIFF(S)

vs.                                               NO.  *3:12CV00128*   **SWW**

*CREDIT BUREAU OF JONESBORO, INC.*                                                      DEFENDANT(S)

## FINAL SCHEDULING ORDER

This matter is scheduled for trial in ***JONESBORO, Arkansas,*** during the week beginning ***July 15, 2013*** at ***1:30 P.M.****, to a jury of not fewer than six members* as provided by Rule 48 of the Federal Rules of Civil Procedure.  Counsel are to be present ***30 minutes prior*** to trial.  The following schedule is to be strictly adhered to:

1. **DISCOVERY COMPLETION**

   **All discovery, including evidentiary depositions,** shall be completed ***no later than February 15, 2013***.  Parties may conduct discovery beyond this date if all parties are in agreement to do so; *however, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

2. **MOTIONS DEADLINES**

   a. Motions to amend the pleadings (*including the complaint*) shall be filed by ***March 18, 2013***;

   b. Motions in limine shall be filed within the ***14 calendar days*** prior to trial;  however, all motions shall be filed ***no later than 3:00 p.m. on Friday*** prior to the trial date;  and,

   c. All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), shall be filed by ***March 18, 2013***.

> *FAILURE TO MEET THESE DEADLINES <u>MAY</u> RESULT IN DENIAL OF SUCH MOTION/PLEADING SOLELY ON THE BASIS OF UNTIMELY FILING.*

3. **PRETRIAL DISCLOSURE SHEET**

The *Pretrial Disclosure Sheet* as outlined in Local Rule 26.2 shall be filed with the Clerk by *June 14, 2013*.

4. **SETTLEMENT CONFERENCE**

After discovery has been completed, the parties may request a settlement conference to be conducted by the Court or Magistrate Judge. The request for settlement conference should be made no later than *30 calendar days* prior to trial date.

5. **STIPULATION OF AGREED FACTS**

A comprehensive *stipulation of agreed facts* shall be filed with the Clerk no later than *14 calendar days* prior to trial date.

6. **AGREED JURY INSTRUCTIONS**

*<u>An agreed set of jury instructions</u>* shall be submitted to the court no later than *14 calendar days* prior to trial. Eighth Circuit Model Jury Instructions should be used when possible. A party requesting an instruction which cannot be agreed to should submit that instruction, along with a statement of authority, to the Court. The Court requests counsel to provide the instructions saved as a WordPerfect document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box. In addition, the Court requests counsel to provide a written copy of the instructions.

7. **SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS**

Counsel are directed to *submit proposed voir dire questions* to the Court along with the instructions.

      **8.**    **MARKING & EXCHANGE OF ALL EXHIBITS**

To avoid delay during trial, counsel shall *mark and exchange all exhibits prior to trial,* stipulating to as many as possible. *The exhibits are to be listed in numerical sequence. Note stipulations and objections on the exhibit list. If* there is *an objection* to an exhibit, *attach a statement* setting out the basis for both the offer and the objection. The list is to be *delivered/mailed/e-mailed* to Cecilia Norwood (cecilia_norwood@ared.uscourts.gov) no later than *7 calendar days* prior to trial.

      **9.**    **MERGERS & ACQUISITIONS**

If any party is a publicly-traded corporation, counsel should keep the Court advised of any actual merger or pending acquisition so that the Court might prevent conflicts of interest from arising from the Judge's financial holdings.

      **10.**    **COURTROOM TECHNOLOGY**

The Court will contact counsel prior to trial to inquire whether counsel are familiar with the Court's electronic equipment for presentation of evidence. If necessary, the Court will schedule a pretrial courtroom visit in order that counsel may become familiar with this electronic equipment, which the Court expects counsel to use during presentation of documentary evidence at trial.

*If the parties anticipate bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.*

*In the event of settlement,* please notify Ms. Norwood at (501) 604-5104 **immediately.**

IT IS SO ORDERED this *25th* day of *September 2012*.

                                                      /s/Susan Webber Wright

                                                      UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF ARKANSAS**
OFFICE OF THE CLERK
**600 WEST CAPITOL AVENUE**
**SUITE A107**
**LITTLE ROCK, ARKANSAS 72201**

**JAMES W. McCORMACK**                                                                **(501)604-5104**
     **CLERK**                                                                           Fax (501)604-5321

## NOTICE TO ALL PARTIES IN THIS CASE OF ACTION

      The complaint in the captioned case is presently assigned to Judge Susan Webber Wright's docket.  Pursuant to 28 U.S.C. Sec. 636(c), a Magistrate Judge can be empowered by the consent of the parties to make final disposition of the matter without reference to a District Judge for review.  The Magistrate Judge can also conduct a jury trial, if one was requested by either party.  Appeal from a judgment entered by the Magistrate Judge would be directly to the United States Court of Appeals for the Eighth Circuit.

      I am enclosing a Consent to the Exercise of Jurisdiction By a United States Magistrate Judge.  If you wish the Magistrate Judge to handle the case to its conclusion, please complete the form and return it to me.  I will present the Consent to the Court for approval after all parties have signed it.

      I call your attention to the fact that the Scheduling Order issued in this matter contains the trial date scheduled on <u>Judge Wright's</u> docket.  It is not an indication that the same date is available on the Magistrate Judge's calendar.  However, the Magistrate Judge may be able to accommodate a more expedited trial date in some instances.

                                                                    Yours very truly,
                                                                    CECILIA NORWOOD
                                                                    *Courtroom Deputy for Judge Wright*

Encs.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

| | | | |
|---|---|---|---|
| BRANDON SCROGGIN | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 3:12CV00128 |
| CREDIT BUREAU OF JONESBORO, INC. | ) | | |
| *Defendant* | ) | | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:

SUSAN WEBBER WRIGHT
United States District Judge

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.