IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                                                    PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                              DEFENDANT

MOTION TO EXTEND THE MOTION DEADLINE

Defendant, Credit Bureau of Jonesboro, Inc., by and through its attorneys, the Mixon Law Firm, comes with its Motion to Extend the Motion Deadline and states:

1. This matter is currently set for trial during the week of July 15, 2013.

2. That all motions are due in this matter on March 18, 2013.

3. Defendant requests that the Court extend the motion deadline in this matter up and until April 3, 2013.

4. Defendant's counsel has contacted Plaintiff's counsel regarding this motion. As of the time of filing this motion, Defendant's counsel has not received a response from Plaintiff's counsel as to whether she will consent or oppose the motion.

WHEREFORE, Defendant, Credit Bureau of Jonesboro, Inc., prays that the Court grant its motion and extend the motion deadline up and until April 3, 2013; and for all other relief to which it is properly entitled.

2

        Respectfully Submitted,

        MIXON LAW FIRM
        Attorneys for Defendant
        P.O. Box 1442
        Jonesboro, Arkansas 72403
        870.935.8600, 870.935.8266(f)
        rworsham@mixonlawfirm.com

        By: /s/ Rebecca Worsham
            Rebecca Worsham 2009260

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on March 13, 2013, using CM/ECF system, which shall send notification of the filing to the following:

Victoria Leigh
Leigh Law LLC
P.O. Box 21514
Little Rock, Arkansas 72221
501-658-3108
v@leigh-law.com

        /s/ Rebecca Worsham
        Rebecca Worsham