IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                                 PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                  DEFENDANT

MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

Defendant, Credit Bureau of Jonesboro, Inc., by and through his attorneys, the Mixon Law Firm, comes with its motion for an extension of time to file motions and states:

1. This matter is currently set for trial during the week of July 15, 2013.

2. That all motions are currently due in this matter on April 3, 2013.

3. Defendant requests that the Court grant its counsel up and until April 5, 2013, to file any motions in this matter.

4. Defendant's counsel has contacted Plaintiff's counsel regarding this motion and is authorized to state that Plaintiff's counsel has no objection to the proposed extension.

WHEREFORE, Defendant, Credit Bureau of Jonesboro, Inc., prays that the Court grant its motion and allow an extension up and until April 5, 2013, to file any motions in this matter; and for all other relief to which it is properly entitled.

Respectfully Submitted,

MIXON LAW FIRM
Attorneys for Defendant
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600, 870.935.8266(f)
rworsham@mixonlawfirm.com

By: /s/ Rebecca Worsham
　　 Rebecca Worsham 2009260

CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on April 2, 2013, using CM/ECF system, which shall send notification of the filing to the following:

　　Victoria Leigh
　　Leigh Law LLC
　　P.O. Box 21514
　　Little Rock, Arkansas 72221
　　501-658-3108
　　v@leigh-law.com

　　　　　　　　　　　　　　　　　　　　　 /s/ Rebecca Worsham
　　　　　　　　　　　　　　　　　　　　　Rebecca Worsham