IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                          PLAINTIFF

Vs.                              CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                              DEFENDANT

### AFFIDAVIT OF REBECCA WORSHAM

I, Rebecca Worsham, state the following under oath:

1. I am an attorney with the Mixon Law Firm in Jonesboro, Arkansas. Our firm currently represents the Credit Bureau of Jonesboro, Inc., in this lawsuit filed by the Plaintiff Brandon Scroggin.

### The CIC Website and User Forums

2. On Saturday, March 2, 2013, I deposed the Plaintiff at our office.

3. During the deposition, Plaintiff admitted to using and writing forum posts on the website http://www.creditinfocenter.com ("CIC"). See Exhibit 1, page 15, Lines 10-20.

4. Plaintiff explained that the CIC site is "geared toward debt collection stuff." Id. at Lines 24-25.

5. The CIC website titles itself as "The Free DIY Guide to Credit & Debit" and offers free advice to consumers concerning creditors and debtors. See Exhibit 3, pages 1-3.

6. The CIC site also has a "Forums" page that contains online discussion boards that allow members to hold conversations in the form of posted messages. See Exhibit 3, page 1.

Exhibit 2-Page 1

7. The main forum page contains forums for (1) Announcements, (2) Credit Repair, (3) Resources, (4) Legal Issues, (5) Debt Validation, (6) Loans and Banking, and (7) Non-Credit. Id. at pages 4-5. Under each forum, members start discussions which are known as "topics" or threads Id. A "post" is a user submitted message enclosed into a block containing the user's details and date and time it was submitted. The posts are contained in the "topics" and they appear as blocks one after the other. Posts that follow in the thread are meant to continue discussion about that post or respond to other replies. The CIC site also keeps tracks of a member's post count.

8. The CIC site allows members to socially interact with other members on the online forums in a manner similar to Facebook. For example, each member has a profile page and is allowed to add "friends" and "like" other members' posts. Members can also upload documents, video clips, and send private messages. It is common for Plaintiff and other CIC users to make posts that contain emoticons – symbols meant to convey emotions, strong feelings, or beliefs that text alone may not fully convey.

9. The forums on the CIC site are public and can be read by anyone. Based upon the CIC membership page, the site has approximately 40,000 members. Exhibit 3, pages 7-8.

### Plaintiff's Posts Regarding Opposing Counsel

10. On March 3, 2013, Plaintiff sent me an email with a direct link to thread on the CIC website forums. See Exhibit 4. The link took me to a thread created by a "Coltfan1972" and en-titled "Let the Games Begin- They Want to Depose Me, YES!!! UPDATED 3/2/2013, FULL DEPO REPORT!!!!!" Id.

Exhibit 2-Page 2

11.     Plaintiff identified himself as "Coltfan1972" during his deposition. See Exhibit 1, page 16, Lines 1-3. Specifically, he stated that his username on the CIC site is "Coltfan1972" and that he makes approximately twenty posts on the site's forums per day. Id. at Lines 1-12.

12.     On April 3, 2013, I viewed Plaintiff's profile – "Coltfan1972" – and captured the following screenshot of Plaintiff's profile. See Exhibit 3, page 9. The screenshot of Plaintiff's profile shows that "Coltfan1972" is living in Jonesboro, Arkansas, and has a date of birth of October 15, 1972. Id. The page reveals that Coltfan1972 has made over 6,500 posts on the CIC forums since July of 2011. Id.

13.     The "topic" that Plaintiff directed me to on March 3, 2013, currently contains thirteen (13) pages of posts by Plaintiff and various members of the CIC site. Each page of posts contains twenty (20) posts. I took screenshots of each of the pages of the posts.[1] A full print-out of all the pages and posts in this "topic" is compiled into Exhibit 5. Each post contains the username of the poster and the time and date of when the user made the post. The posts are in ascending order. For the Court's convenience, I numbered each of the posts in bold.

---

[1] I accessed the website by typing http://www.creditinfocenter.com into my internet browser. I captured screenshots of relevant materials by using the Google Chrome internet browser, typing "Ctrl P" on the keyboard, and then selecting to save the screenshot as a PDF file on my computer. Each screenshot contains the following similar characteristics:
    a.     The date that the screenshot was captured is displayed in the top left corner;
    b.     The language contained in the center of each screenshot states the subject of the contents below;
    c.     The website address that is contained in the screenshot is displayed on the bottom left side; and
    d.     If the screenshot is more than one page when printed out, the page number and total number of pages of the screenshot are displayed in the bottom right side corner of the screenshot.

Exhibit 2-Page 3

14. The exhibits fairly and accurately represent the contents of the CIC site and forums that I personally viewed during the course of litigation. I captured all of the screenshots referenced in the motion and brief by using this method.[2]

15. Plaintiff began the "topic" after I asked Plaintiff's attorney to take his deposition on November 2, 2012. See Exhibit 5, page 1, post #1. Plaintiff updated the topic thread on February 21, 2013, after counsel finally agreed to a date to take the deposition. Id. at page 14, post #45.

16. After the deposition, Plaintiff updated his fellow CIC members on his assessment of the deposition. See Exhibit 5, pages 45-47, post #139.

17. A user by the name of Flyerfan asked Plaintiff in a post whether counsel was "hot?" Exhibit 5, page 58, #166. Plaintiff responded by posting:

> It was not her best day for sure...I've seen pictures so I know there is potential there. Plus she just had a kid and her weight was excellent and she had a nice rack...Overall compared to what I've gone against, she was hot for sure but overall, yeah, she was hot.....She was not hot that day but very doable and yes hot.

Id. page 59, #168. He added the following emoticon with this post:



18. Plaintiff's comment about the recent birth of my child led to other members making jokes about Plaintiff possibly being my child's father. See Exhibit 5, page 59, posts #169-170; page 60, posts #172-173.

---

[2] Exhibit "6" was captured using this method. The only modifications to the screenshots in Exhibit "5" are the additions of page numbering and post numbering.

Exhibit 2-Page 4

19. I am offended by the vulgar meanness of the posts written and solicited by Plaintiff. I am troubled that my employment in the defense of this case has resulted in nasty comments about myself and my child in a public forum. It is my desire that this uncivil conduct be terminated.

Respectfully Submitted,

*/s/ Rebecca Worsham*

Rebecca Worsham, 2009260
MIXON LAW FIRM
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600, 870.935.8622 (f)
rworsham@mixonlawfirm.com

Subscribed and Sworn to before me this April 4, 2013.

My Commission Expires: 7/1/2022

*/s/ Shirley Park*
Notary Public

OFFICIAL SEAL
SHIRLEY PARK
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 07-01-22

Exhibit 2-Page 5