IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                                    PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                    DEFENDANT

DEFENDANT'S BRIEF IN SUPPORT FOR A MOTION OF CIVILITY

### I.     Introduction

Plaintiff filed this lawsuit against Defendant on May 25, 2012, alleging that Defendant violated the Fair Debt Collection Practices Act (FDCPA); Arkansas Fair Debt Collection Practices Act (AFDCPA); the Arkansas Collection Agencies Act (ACAA) and the Arkansas Deceptive Trade Practices Act (ADTPA). (Doc. #1, #8). Defendant answered the complaint and denied that it violated any of the above acts. (Doc. #6, #10). The parties have engaged in discovery and Defendant deposed Plaintiff on March 2, 2013. Plaintiff is seeking statutory and actual damages for emotional distress allegedly caused by Defendant's collection activities. (Doc. #1, #8).

### II.    Ethical Standards

The judicial system has always been plagued with attorneys acting unethically. State bar associations have attempted to deter such conduct by subjecting attorneys to formal discipline if they fail to follow the rules of professional conduct adopted by their state. In 2005, the Arkansas Supreme Court adopted the current version of the Arkansas Rules of Professional Conduct. Federal courts have incorporated these Rules as a standard for

determining misconduct and imposing discipline. See Rule IV, Appendix to the Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

### A.     The Preamble

The Preamble to the Arkansas Rules of Professional Conduct consists of various responsibilities of an attorney practicing law in the State of Arkansas. Paragraph five (5) of the Preamble states "[a] lawyer should use the law's procedures only for legitimate purposes and not to harass or intimidate others."

### B.     Rule 8.4(d)

Rule 8.4(d) of the Arkansas Rules of Professional Conduct provides that it is professional misconduct for a lawyer to "engage in conduct that is prejudicial to the administration of justice[.]" The comment to Rule 8.4(d) provides that:

> [t]he proscription extends to any characteristic or status that is not relevant to the proof of any legal or factual issue in dispute. *Such discriminatory conduct, when directed towards litigants, jurors, witnesses, other lawyers, or the court, including race, sex, religion, national origin, or any other similar factors, subverts the administration of justice and undermines the public's confidence in our system of justice, as well as notions of equality.* Legitimate advocacy respecting the foregoing factors does not violate paragraph (d).

Emphasis added.

### C.     The Attorney's Oath

Most recently, states have started to promote a pledge of civility. In recognizing the importance of respectful and civil conduct in the practice of law, the Arkansas Supreme Court revised the attorney's oath of admission to practice in the state to include the following provisions:

> I will maintain the respect and courtesy due to courts of justice, judicial officers, and those who assist them.

> To opposing parties and their counsel, I pledge fairness, integrity, and civility, not only in court, but also in all written and oral communications.

See In Re Oath of Admission, 2012 Ark. 82 (per curiam).

### III. Plaintiff's Conduct

#### A. The CIC Website and Forums

Plaintiff is a prominent member of the website http://www.creditinfocenter.com ("CIC"). See Exhibit 3, page 9. The CIC site titles itself as "[t]he Free DIY Guide to Credit & Debit" and offers free advice to consumers concerning creditors and debtors. Id. pages 1-3. CIC has a "Forums" page that contains online discussion boards that allow members to hold conversations in the form of posted messages. Exhibit 2, page 1; Exhibit 3, pages 4-5. Members are able to create their own "topics" or threads within the site's forums and have other members respond to their posts. Id. Members can also upload documents, video clips, and send private messages. Id. It is common for Plaintiff and other CIC users to make posts that contain emoticons – symbols meant to convey emotions, strong feelings, or beliefs that text alone may not fully convey.[1]

Plaintiff and other CIC members discuss various aspects of debt collection practices, statutes, and court procedure in the CIC forums. See Exhibit 2, page 1; Exhibit 5. On the CIC forums, Plaintiff goes by the username of "Coltfan1972."[2] He refers to himself as the "Robinhood of Debtors"[3] and has made over 6,500 posts on the CIC forums since July of

---

[1] See U.S. v. Shinn, 681 F. 3d 924, footnote 4, "An emoticon is 'a group of keyboard characters (as :-)) that typically represents a facial expression or suggests an attitude or emotion and that is used esp. in computerized communications.'" citing Merriam-Webster's Collegiate Dictionary 408 (11th ed. 2003).
[2] See Exhibit 1, page 16, Lines 1-3.
[3] Exhibit 1, page 17, Lines 3-6.

3

2011. See Exhibit 3, page 9. Plaintiff considers himself well-versed in the law and the FDCPA and believes "there is no pro-se debtor or litigant in the whole United States of America that knows more than [him] or is as good as [him]."[4] On the CIC site, he encourages other members to act with arrogance and be a "complete nightmare" to the opposing side.[5] He is seen as a "hero" on CIC and other members look to him for advice in debt related issues. Exhibit 1, page 17. One CIC member has even dedicated a "topic" to Coltfan1972 titled "Hammer Away and Win Your Case!-Alternatively Called 'Why ColtFan is My Hero!' :)." See Exhibit 6.

### B. Plaintiff's Deposition "Topic"

Plaintiff began the "topic" that concerns the deposition on November 2, 2012, after Defendant's counsel requested to depose him. See Exhibits 2, page 3, ¶11; Exhibit 5, page 1. After several failed attempts to schedule the deposition, Defendant's counsel agreed to conduct the deposition on a Saturday. See Exhibit 2, page 1. On February 22, 2013, Plaintiff posted:

> I'm forcing them into a Saturday deposition because their time is running out and now their available dates don't work with my busy schedule...now they will do things on my schedule and I can promise you it will be a **full blown three ring circus** when that Deposition get[s] rolling.

Exhibit 5, page 15, post #50, emphasis added. Plaintiff later wrote that he chose a "Saturday morning because I was too busy during the week doing nothing." Id. page 51, post #145.

### C. Plaintiff has used the law's procedures to harass the Defendant and its counsel and such conduct is prejudicial to the administration of justice.

---

[4] See Exhibit 5, page 46, post #139.
[5] See Exhibit 5, posts #151, #244.

4

From the beginning, Plaintiff planned on demeaning the deposition process. For example, on November 2, 2012, he posted:

> I'm going to see if I can make the thing run into darkness. If they ask me any open ended questions, which I'm sure they will, then they are going to have to jump in and cut me off or go to the bathroom in their pants. I'm considering wearing an adult diaper, bringing plenty of water and peanut butter so I don't have any delays in this thing. I can just be like the energizer bunny until they throw up the white flag.

Exhibit 5, page 20, post #62. He had an "I have nothing to lose" mentality and desired "to see just how big of a **circus**" he could turn the case into. Id. at page 24, post #79. He wrote:

> My goal is at some point after a ton of time has been wasted that we can have some big blow up that gets the whole thing shut down with both sides screaming at each other and accusing the other of **turning this into a circus**. I've got some one liners already planned that regular members will catch…I'm really hoping for something that can go viral.

Id. at page 37, post #109, emphasis added.

Defendant has not caused Plaintiff any actual damages or harm. Plaintiff is simply continuing this lawsuit to harass the Defendant and opposing counsel. The morning of the deposition Plaintiff posted:

> I want to thank all for the well wishes and **while I will turn this into a circus** I still will make sure to concentrate on making sure I don't say anything that hurts my case.
>
> **I have not been this excited in at least 20 years**…All of the things I've been waiting to say and do, I'm getting ready to have the opportunity. **I don't even care if I damage my emotional distress and I just have to rely on statutory and state damages plus costs.** This is going to be a great day and you will all be there in spirit and I will know it. I will not let you guys down. I can't ever see being in this position again and I really don't think I'll get a trial out of this so **I'm going to**

5

> **make it one for the ages.** I will cash every check I've been writing and I won't back down and I won't be intimidated. I'm usually the one giving the encouragement and telling others what they need to do and say.
>
> **I can promise you friends, tomorrow will be a special day for ALL of us.**[6]

During the deposition, Plaintiff testified that Defendant's collection activities caused him to have anxiety attacks. Exhibit 1, page 18, Lines 8-21. However, Plaintiff's own posts reveal the opposite. If anything, Defendant's alleged violations of the FDCPA gave Plaintiff excitement and made him feel "like a six year old on Christmas." See Exhibit 5, page 2, post #7. Plaintiff simply desired to make the deposition "one of the ages" and disrespect the process so that he could post a video of it on the CIC site.

    Unfortunately for Plaintiff, Defendant's counsel did not let the deposition turn into a circus. After the deposition was conducted, Plaintiff updated the CIC members and wrote:

> There were some other first hour exchanges but it was tough due to the questions being asked. The good news is that while it was not a start to finish train wreck, the few exchanges and arguments were a lot better than I expected. **So I gave up a little of the whole thing being a train wreck in exchange for some damn good one liners and just stuff she could not believe I was freely talking about.**

Exhibit 5, page 45, Post #139. Emphasis added. Plaintiff continued to brag about such "one-liners" and wrote:

> She asked me why I was divorced and **I told her it was because my ex had a three sum that I was not invited to and by damn I wanted an invite**.[7]

---

[6] To read Post #124 in its entirety, see Exhibit 5, page 41, Post #124.
[7] Exhibit 5, page 45-47, post #139. Emphasis added.

> She asked me about a lawsuit with an apt complex and I said quote, **'the apt manager I was banging in the model apt. got pissed when I cut her off so she made up some trumped up move out charges because I stopped banging her.'**[8]

Plaintiff's subsequent posts further show that he went into the deposition with the intention of harassing Defendant and opposing counsel. For example, he wrote the following in subsequent posts:

> She asked every question 10 different times 10 different ways and at one point leaned forward with this you are so full of crap look on her face. I just hammered her and basically went word for word what I said. I even said I have different levels of emotional distress and that **I was also suing for just plain old pissing me off**.[9]

> I did everything but call them stupid for not settling at my demands because we were just a few grand apart. I wanted her to know that out of all the people in the country they could have chosen to take a stand against they drew the one person in the whole country that was having the time of their life, **and on a Saturday morning because I was too busy during the week doing nothing.**[10]

> I wanted her to be real clear that the depo might have been scheduled as an intimidation tactic, but that plan, just two minutes in, had failed miserably and **the next three hours were going to be a total nightmare**.[11]

Plaintiff is not using the law's procedures for legitimate purposes. He is simply continuing this lawsuit for entertainment purposes and to harass the Defendant For instance, he wrote in subsequent posts:

> I am just saying please take this to trial, but I'm trying to make them throw caution to the wind and say we will show this guy.

---

[8] Exhibit 5, page 45-47, post #139. Emphasis added.
[9] Id.
[10] Exhibit 5, page 51, post #145. Emphasis added.
[11] Exhibit 5, page 57, post #163. Emphasis added.

7

> **However, I know how to act in court and I can play the role of the beat down consumer just as I can the arrogant come at me pro litigator.**[12]
>
> And let's don't forget, they have offered a very nice chunk of change to settle this. **I'm the one continuing this circus.** They have offered 6K for a letter and a phone call. **I'm calling the shots and they hate it.** They thought some dumb hick would jump at 1,500 (first offer) and then are shocked when I won't take the big bucks. **Screw em, we're going to trial.**[13]
>
> Yep, that's the beauty, they don't deny violating the FDCPA. They just say I set them up (who me) and just don't want to pay me because A. I'm being an Ahole, B. demanding a ton more than these cases usually settle for because I would rather have a trial and C. they think I'm a professional litigator on consumer rights issues.
>
> **And again the beauty is A,B,C are all true and those are not legal defenses.** The we got caught by somebody that knows what they are doing and is now **putting us through hell** is just not going to cut it. In other words, if that is your best, then your best is just not good enough.[14]
>
> I don't need the money, I just need your money to buy crap that I don't want to buy with my money. I'm thinking about inviting some CIC members to Jonesboro, Arkansas for a victory celebration.[15]

Plaintiff is demanding an unreasonable amount to settle the case so that he can put the Defendant "through hell" and go to trial. If this case goes to trial, he wrote that he plans to do the following:

> I'll walk right over in court, before it starts, and say, 'I just wanted to get a feel for what it looks like to know you're going to lose before this damn thing even starts, and I knew this was where all the losers were sitting, so I figured I was in the right

---

[12] Exhibit 5, page 73, Post # 207, emphasis added.
[13] Exhibit 5, page 70, post #213, emphasis added.
[14] Id. page 72, Post #220.
[15] Exhibit 5, page 74, post #224

place to see what that looked like, now I'm going to go back over to my side and kick your ass all over this courtroom.'[16]

### D. Plaintiff has made vulgar and prurient posts concerning opposing counsel.

Plaintiff sent Defendant's counsel an email with a direct link to the CIC forum where he posted prurient comments about opposing counsel's physical appearance. See Exhibit 2. Plaintiff wrote the following concerning opposing counsel:

> It was not her best day for sure. Since it was a Saturday she was in blue jeans and looked like she just got out of bed. Almost like she was not going to be dressed up on a Saturday and was not real happy that she had to be at work on a Saturday (of course Coltfan was in a suit and tie looking like he was ready for a federal trial, but that is just how I roll).
>
> I've seen pictures of her so I know the potential is there. **Plus she just had a kid and her weight was excellent and she had a nice rack.** So she was not having a very good day and of course when I walked in it just went downhill from there so I'm looking at the big picture and saying she was fine on that day and it was obvious when she wants to look hot she can look hot.
>
> Overall, compared to what I've gone against, she was hot for sure but overall, yeah, she was hot. The attorney for one of the JDB I went against a few years ago I swear was trying to get me to drop the case by seeing just how disgusting she could look every time we went to court. I swear she got beat to an inch of her life by the ugly stick before each hearing. However, here, there was not that problem. So thank you so much for bringing up the most important detail that I should have immediately addressed. **She was not hot that day but very doable and yes hot**.[17]

---

[16] Id. Page 69, #209.
[17] Id. page 59, post #168.

Plaintiff's posts further led to other CIC members making nasty comments about counsel's child.[18] On March 10, 2013, Plaintiff wrote and posted vulgarity directed at opposing counsel:

> **Well F U and up yours !!!!!!** I know you're reading this thread because I gave it to you in the depo and then emailed it to you later in the day because you could not even spell the website right. So walk into that federal courtroom with me and get ready for the biggest ever. You're losers and you lost the minute I walked into that courthouse in June, laid 350 bucks on the counter and told that nice court clerk, 'stamp this SOB sister, I'm suing these bastards.'[19]

Plaintiff's posts are "written communications" that lack civility and integrity. If Plaintiff was an attorney, his posts would be seen as a violation of the Attorney's Oath.

Plaintiff believes that a strict liability statute allows him to act in such harassing manner. For instance, he posted:

> She [opposing counsel] actually looked like I just gave her a gift by volunteering my posting handle. She is going to be very disappointed when **the motion in limine restricts her from even letting a skunk loose in the courtroom**…. **God, I love strict liability** when the FDCPA violation is not even disputed. A mandatory award is required, even if a dollar, if I win at trial and then that triggers all costs for them to pay and even if the unthinkable happened and I lost, it's obvious it's not a bad faith suit so they can't collect any fees from me. **I can just sit back and be as arrogant as I want and they can't do a damn thing about it.**

Id. page 52, Post #148. Plaintiff's conduct in making prurient postings and other postings designed to be abusive is in direct violation of the Attorney's Oath, the Preamble to the Arkansas Rules of Professional Conduct, and Rule 8.4(d). An attorney would not be allowed

---

[18] Exhibit 5, page 59, posts #169-170; page 60, posts #172-173.
[19] Id. Page 74, Post #222.

to make public postings of this nature, nor should Plaintiff. He should be held to higher ethical standards when he involves the use of the Court's time and process.

## IV.    The Court's Inherent Power

"The district court's inherent power to govern the practice of lawyers appearing before it encompasses, among other things, the authority to police lawyer conduct and to guard and to promote civility and collegiality among the members of its bar.'" <u>Wescott Agri-Products v. Sterling State Bank</u>, 682 F. 3d 1091, 1096 (8th Cir.2012) quoting <u>Sahyers v. Prugh, Holliday & Karatinos</u>, P.L., 560 F.3d 1241, 1244 (11th Cir.2009) (footnote omitted). These powers include "the power to deal with troublesome litigation behavior."[20] Plaintiff's posts on the CIC website demonstrate that he does not take the litigation process seriously. His actions are demeaning to the judicial process and a waste of the Court's time and resources. Plaintiff's disrespect for this Court and it's process is a sufficient basis to dismiss his complaint.

Plaintiff should not be able to escape the bounds of civility just because he is pro se or represented by an attorney. An Order of Civility will control the burden on the court and deter others from engaging in disruptive conduct. Plaintiff's type of conduct and mentality will have great costs on the legal system. Plaintiff is seen as a hero on the CIC site and encourages other members to adopt his "style" because he wins and never loses.[21] Plaintiff's "style" is to act arrogant and be a "complete nightmare" to the other side.

Plaintiff will only continue to display such vulgar, abusive, and harassing conduct if his public postings are not monitored. On March 29, 2013, he wrote:

---

[20] See 33 Am. Jur. Proof of Facts 3d 459, at §6 (Westlaw database update August 2012).
[21] See Exhibit 5, page 45, post #139.

11

> **You might not like my style but it works, I win,** and I'll win this case and won't be paying them a dime and I'll back it up with official court documents or paperwork. I know what I'm doing and this thing was won before the depo even took place. I videoed so those who seem to think I'm not serious about all the court experience I have will be able to see. It will still be a few more weeks because of editing and I'm doing it on somebody's time schedule for free.
>
> My style might not be popular with some and that's fine, but I'm a winner, plain and simple and my style wins when the right person with the right knowledge uses it, and I won't back down from it. Those in power that disagree with me can throw me off the site if you want, as threatened, **but I'm not changing my style.**[22]

This conduct should not continue. Plaintiff's online public posting needs to be monitored so that he does not serve as an example and encourage other debtors to act in such an obnoxious manner during litigation. Without civility, the integrity and strength of the judicial process diminishes at every stage of litigation. Therefore, this Court should enter an Order directing Plaintiff to comply with the principles and standards set forth in the Arkansas Rules of Professional Conduct and the Oath and restrict Plaintiff's public postings to the provisions stated in the accompanying Motion.

## V.    Conclusion

For the foregoing reasons, this Court should dismiss Plaintiff's Complaint; enter the proposed Order of Civility; and grant all other available and just relief.

---

[22] Exhibit 5, pages 77-78 Post #236.

Respectfully Submitted,

MIXON LAW FIRM
Attorneys for Defendants
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600; 870.935.8622 (fax)

By: /s/ Donn Mixon
    Donn Mixon 76079
    dmixon@mixonlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on April 5, 2013, using CM/ECF system, which shall send notification of the filing to the following:

Victoria Leigh
Leigh Law LLC
P.O. Box 21514
Little Rock, Arkansas 72221
501-658-3108
v@leigh-law.com

    /s/ Donn Mixon
    Donn Mixon