UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON SCROGGIN**                                           **PLAINTIFF**

**VS.**                     **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**               **DEFENDANTS**

## MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION

Comes now Brandon Scroggin, by and through his attorney, Leigh Law LLC, comes with his motion for an extension of time to file response and states:

1. This matter is currently set for trial during the week of July 15, 2013.

2. That Plaintiff's response to Defendant's motion is due April 19, 2013.

3. Defendant requested two continuances in the filing of its motions; to neither did Plaintiff object.

4. Plaintiff has contacted Defendant's counsel regarding this continuance, but she has not responded as of the filing of this motion.

5. Plaintiff's counsel has no reason to believe Defense counsel would object.

6. Plaintiff requests an extension of time to respond to Defendant's motion up to and including April 26, 2013.

WHEREFORE, Plaintiff prays that the Court grant his motion and allow an extension up and until April 26, 2013 to file his response to Plaintiff's motion and to all

other relief to which it's properly entitled.

>Respectfully submitted,
>
>Leigh Law LLC
>Post Office Box 21514
>Little Rock, Arkansas 72221
>501.227.7627
>v@leigh-law.com
>
>By:_____/s/ Victoria Leigh_____

VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have served a true and correct copy of the foregoing via first class mail this 17th day of April, 2013 to the following:

Mixon Law Firm - Rebecca Worsham
Post Office Box 1442
Jonesboro, Arkansas 72403         __/s/ Victoria Leigh_____
                                            Victoria Leigh