## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRANDON SCROGGIN**                                                         **PLAINTIFF**

**VS.**                           **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**                      **DEFENDANTS**

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR AN ORDER OF CIVILITY

Comes now Brandon Scroggin, by and through his attorney, Leigh Law LLC, comes with his Response to Defendant's Motion to Dismiss and for an Order of Civility, and states:

1. Plaintiff does post to online debt collection forums.

2. Plaintiff did send ex-parte emails to Defendant's counsel without the knowledge or consent of Plaintiff's counsel.

3. Plaintiff has been instructed and has agreed to not communicate with Defendant's counsel in any way in the future.

4. Plaintiff is admittedly well-versed in the federal statutes and case law with respect to consumer protections.

5. Plaintiff is not an attorney and as such is not subject to the ethical standards of the Arkansas Bar.

6. Plaintiff has never taken the attorney oath.

7. Defendant is not alleging Plaintiff's counsel has been anything but civil to Defendant's counsel.

8. The First Amendment is sacred; Defendant has no authority to limit Plaintiff's posts online with respect to this case or the parties involved.

9. The Court does have inherent authority to prevent and punish bad-faith conduct which affects the administration of justice in the Courtroom.

10. Defendants argue an order of Civility would "help administer the current litigation in a more efficient manner"; yet, Defendants do not give any examples of how this case has been administered inefficiently thus far.  The opposite is true; Plaintiff has been more than accommodating to ensure this case stays on schedule.

11. Plaintiff agreed to an extended Scheduling Order to accommodate Ms. Worsham's pregnancy; if there is any reason this case was given more time than normal cases it is because of Ms. Worsham's pregnancy, not because of any actions of Plaintiff.

12. Plaintiff has been nothing but cooperative. Plaintiff agreed to multiple continuances when they were requested by opposing counsel. Plaintiff even agreed to attend the deposition even though it was requested *after* discovery deadline had passed.

13. Some of the excerpts of the deposition do sound somewhat crass, Plaintiff's demeanor, tone of voice, and volume was always respectful toward Ms. Worsham. The deposition was videoed in full and is available for inspection by the Court to make an independent decision.

14. Plaintiff may be somewhat zealous in his cases against debt collectors; his confidence in his knowledge that the consumer protection statutes create a strict liability standard for creditors is apparent in his posts online, but the consumer protection statutes and case law are clear that the "likeability" of the consumer is irrelevant.

15. Defendants are frustrated that they violated the consumer protection statutes and the rights of Plaintiff; Defendant does not appreciate Plaintiff's arrogance.

16. Arrogance is not sufficient grounds to sanction a party or dismiss a case.

17. Limiting a party's First Amendment Right to speak freely is a drastic measure and

Defendant's request to limit Plaintiff's free speech is unsupported in the instant case.

WHEREFORE, Plaintiff prays that the Court deny the Defendant's Motion for Civility, for attorney's fees in the filing of this motion, and for all other relief to which it's properly entitled.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 72221
501.227.7627
v@leigh-law.com

By:_____/s/ Victoria Leigh_____

VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have served a true and correct copy of the foregoing via first class mail this 26th day of April, 2013 to the following:

Mixon Law Firm
Post Office Box 1442
Jonesboro, Arkansas 72403        ___/s/ Victoria Leigh_____
                                                    Victoria Leigh