IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                   PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                 DEFENDANT

## MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND FOR AN ORDER OF CIVILITY

Comes now Defendant, Credit Bureau of Jonesboro, Inc., by and through its attorneys the MIXON LAW FIRM and for its Motion for Leave states:

1. On April 5, 2013, Defendant filed its Motion to Dismiss and for an Order of Civility along with a supporting brief. (Doc. 18, 19).

2. On April 26, 2013, Plaintiff filed his response and brief in opposition to Defendant's motion. (Doc. 22, 23)

3. Defendant desires to file a reply brief with the Court based upon events that have occurred after Defendant filed its motion. Defendant has additional evidence to present to the Court in support of its Motion to Dismiss and for an Order of Civility.

4. Accordingly, Defendant moves this Court for leave to file a reply brief in support of its Motion to Dismiss and for an Order of Civility so that the Court has a fair opportunity to view all of the evidence in ruling upon the motion.

5. Defendant requests time up to and including May 3, 2013, to file its reply brief.

WHEREFORE, Defendant Credit Bureau of Jonesboro Inc. prays that this Court grant its motion for leave to file a reply brief in support of its Motion to Dismiss and for an Order of Civility, as set forth herein; and for other relief to which it is entitled.

        Respectfully Submitted,

        MIXON LAW FIRM
        Attorneys for Defendant
        P.O. Box 1442
        Jonesboro, Arkansas 72403
        870.935.8600; 870.935.8622 (fax)

        By: /s/ Donn Mixon
            Donn Mixon 76079
            dmixon@mixonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on April 30, 2013, using CM/ECF system, which shall send notification of the filing to the following:

Victoria Leigh
Leigh Law LLC
P.O. Box 21514
Little Rock, Arkansas 72221
501-658-3108
v@leigh-law.com

        /s/ Donn Mixon
        Donn Mixon