IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| BRANDON SCROGGIN, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:12-cv-00128-SWW |
| | * |
| | * |
| CREDIT BUREAU OF JONESBORO, | * |
| INC., | * |
| | * |
| Defendant. | * |

## ORDER

Defendant's motion [doc.#24] for leave to file a reply brief in support of its motion to dismiss and for an order of civility is hereby granted. Defendant is given up to and including May 3, 2013, in which to file its reply brief.

IT IS SO ORDERED this 1st day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE