IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                             PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                              DEFENDANT

DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS
AND FOR AN ORDER OF CIVILITY

1.     Plaintiff's allegation that Defendant's counsel did not request to depose the Plaintiff until after the discovery deadline is false. The discovery deadline in this matter was on February 15, 2013. Doc. 18. On November 2, 2012, Defendant's counsel requested dates from Plaintiff's counsel to depose Plaintiff. See Exhibit 5, page 9.[1] This request led to Plaintiff starting the Deposition topic on the CIC site on November 2, 2012. See Doc. 18-5. Plaintiff's counsel did not respond to the original request or the second request sent on November 30, 2012, until after Defendant's counsel had went on maternity leave. See Exhibit 5, page 8.

Plaintiff's Recent Conduct

2.     On April 5, 2013, Defendant filed its Motion to Dismiss and for an Order of Civility. That same day Plaintiff began a new topic on the CIC website titled: "A Motion for Civility has been filed against me!! You can't make this stuff up, I promise." A copy of the compilation of the posts in this topic is attached as Exhibit "1."[2]

---

[1] A copy of email discussions between concerning the deposition dates is attached in Exhibit "5."
[2] This topic on the CIC website was captured by Defendant's counsel by using the method described in Document 18-2.

3. "Coltfan1972" was later banned from the CIC site because of the content of his posts. In explaining to other CIC members why Coltfan1972 was banned, a moderator of the CIC site wrote:

> The member known as Coltfan1972 was repeatedly admonished not to use the forum as a private soapbox to encourage members to disrespect and abuse the court system, judges, attorneys and others. His recent disruptive activities have now become the focus of a pending action in federal court, have drawn the attention (and likely the ire) of a federal court judge, and generally have cast creditinfocenter.com, and all the decent folks who participate in the discussions here, in a highly negative light. **It has never been, nor is it now, the purpose of this forum to advocate outright disrespect and contempt for the court system, attorneys, judges and adverse parties, as a way to defend yourself against abusive debt collection practices.** Coltfan72 was advised of this, and chose to ignore our requests to 'tone it down.' Instead, he continued to pursue his own agenda, in direct contravention of the best interests of creditinfocenter.com. It is as simple as that.

See Exhibit "2."[3]

4. Plaintiff has continued to email opposing counsel. In fact, Plaintiff has emailed opposing counsel nine (9) times since it filed its original motion. See Exhibit "3."

5. In these emails to opposing counsel, Plaintiff continues to mock and attempt to taunt Defendant's counsel. This conduct further shows that Plaintiff is only continuing this litigation to harass Defendant and its counsel.

6. On April 19, 2013, Plaintiff sent Defendant's counsel an email with a PDF attachment titled "Affidavit for MTD." See Exhibit 3, page 8. The attachment appears to be a statement authored by Plaintiff that is in the form of an affidavit. See Exhibit 4. In this affidavit, Plaintiff admits to authoring all of the posts contained in Defendant's original motion and brief. Id.

---

[3] This topic on the CIC website was captured by Defendant's counsel by using the method described in Document 18-2.

7. Since Plaintiff was banned from posting on the CIC site, he now posts on the debtors' website http://www.debtorboards.com ("DB"). Debtorboards.com allows members to exchange messages or posts on web-discussion forums similar to the CIC site.[4] Plaintiff is also known on this cite as "coltfan1972."[5]

## First Amendment

8. Plaintiff argues that the context of his postings on the CIC site is protected by the First Amendment. However, Plaintiff's speech concerning opposing counsel's appearance is not a matter of public concern. Nor do his posts represent speech lying at the core of First Amendment protection.

9. As stated in Defendant's original motion, Plaintiff's conduct in emailing opposing counsel a link to the prurient post and making other postings designed to be abusive is in direct violation of the Attorney's Oath, the Preamble to the Arkansas Rules of Professional Conduct, and Rule 8.4(d).

10. Plaintiff claims that the principles of these Rules or the Oath should not apply to him because he never agreed to them. See Exhibit 4. However, Plaintiff initiated this lawsuit and has used this court's process to engage in abusive litigation tactics. Therefore, he cannot claim the First Amendment protects his actions.

## Court's Authority to Control Litigant Behavior

11. In addition it its inherent authority, federal courts have a clear obligation to exercise their authority to protect litigants from abusive litigation behavior. See In re Billy

---

[4] For an explanation of the CIC (creditinfocenter.com) format, please see Document 18-2.
[5] Plaintiff stated in his deposition that his username on the debtorboards website is also "coltfan1972." See Doc. 18-1, page 15, lines 10-20, page 16, lines 1-3.

Roy Tyler, 839 F.2d 1290, 1292-1293 (8th Cir. 1988), citing Chatmon v. Churchill Trucking Co., 467 F.Supp. 79 (D.Mo.1979).

12. Plaintiff's offending speech has been partially directed to opposing counsel; makes a public mockery of the litigation process; and educates other litigants, by example, to be uncivil.

13. Plaintiff's continuing abusive conduct serves as further grounds to dismiss his Complaint.

14. Defendant restates all statements and arguments made in its initial Motion to Dismiss and for an Order of Civility.

WHEREFORE, Defendant Credit Bureau of Jonesboro, Inc., prays that the Court dismiss the complaint of Plaintiff; that the Court an order of civility applicable to the parties and counsel in this matter; that Defendant be awarded its attorney's fees in costs in bringing this motion; and for any and all other relief to which it may be entitled.

Defendant relies on the following attachments that are submitted in conjunction with this motion and the accompanying brief:

Exhibits:
1. A compilation of all the posts made on the CIC site contained in "Civility" topic created by Plaintiff.
2. A compilation of all the posts made on the CIC site contained in the "Is Coltfan1972 Banned?" topic on the CIC site.
3. Emails sent from Plaintiff to opposing counsel.
4. The document that Plaintiff authored in the form of an affidavit that sent to opposing counsel by email on April 19, 2013.
5. Emails between Plaintiff and Defendant's counsel concerning the scheduling of the deposition.

        Respectfully Submitted,

        MIXON LAW FIRM
        Attorneys for Defendants
        P.O. Box 1442
        Jonesboro, Arkansas 72403
        870.935.8600; 870.935.8622 (fax)

By: /s/ Donn Mixon
    Donn Mixon 76079
    dmixon@mixonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on May 3, 2013, using CM/ECF system, which shall send notification of the filing to the following:

Victoria Leigh
Leigh Law LLC
P.O. Box 21514
Little Rock, Arkansas 72221
501-658-3108
v@leigh-law.com

        /s/ Donn Mixon
        Donn Mixon