4/6/13    A Motion for Civility has been filed against me !! (You can't make this stuff up, I promise - Page 1 - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW   Document 26-1   Filed 05/03/13   Page 1 of 16

Credit InfoCenter Forums → Legal Issues → Is There a Lawyer in the House

## A Motion for Civility has been filed against me !! (You can't make this stuff up, I promise

Started By Coltfan1972 , Today, 02:43 AM

Page 1 of 2



**ONLINE** Coltfan1972

Posted Today, 02:43 AM

#1

That's right !! Today, the other side filed a motion for civility against me. They are alleging that I have disrespected the court by posting on this site. I promise I did not just make that up. You can ask Nascar, he sent me the motion.

Yep, you heard me right. They are claiming my posts are disrespectful. There are a ton of my posts attached to the motion. The attorney for the other side wants my case dismissed because I answered another posters question about if she was hot with, "she has a nice rack" Yep, she wants my case dismissed for lack of civility.

Now here is the real beauty. The only authority she cites???? The Arkansas Rules for Professional Conduct of Attorney's. Then she correctly lets the court know I'm not an attorney and then asks the court to still hold me to that standard. Again, I promise this is true.

It gets better. She is asking the court to order that I don't post the deposition video on this website. That I can't post about my case until 48 hours have passed on any event, motion, hearing, ect...... and drum roll, she wants the court to monitor my online posting.

So I'm the one wasting the courts time when THEY admit the violated the FDCPA and they called me in for a deposition and the amount of fees to date would have already paid my settlement demand.

That's right, if you can't beat Coltfan, try to get the case dismissed because you don't like him. I kid you not, she basically wants a gag order on a FDCPA case where I've sent her two emails, never contacted her client, and me and you friends tell Burger King and Waffle House stories to spice up what is a pretty boring topic, consumer debt.

I've never posted the attorney name, the client name, the case number, the judge ect... but somehow my lawsuit should be dismissed because I posted she had a nice rack and I was rude and crude during THEIR deposition.

That's right, my case should be dismissed not for anything that has to do with the merits of my case, but because I'm rude and crude and won't settle this lawsuit. She actually said I won't settle the lawsuit so that means I'm abusing the system. Yep, demanding a trial is abusing the system?

I don't want to settle, I want a trial. But that's abuse. I clown around on this site so that means their illegal conduct should be dismissed.

Good grief, could somebody send them Larry Flynt's deposition. He wore a FU this court shirt to court and won in the Supreme Court 8-0 but since I'm rude my case needs to be dismissed.

There getting ready to get lit up like a Christmas tree. Oh the response full of case precedent is a coming. It will be their motion with zero authority cited asking that my first amendments rights be violated against a response that will paint them as the cry baby losers they are .

Here is just a little taste. This is a 100% copy and paste from their motion-

**"This conduct should not continue. Plaintiff's online public posting needs to be monitored so that he does not serve as an example and encourage other debtors to act in such an obnoxious manner during litigation."**

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/    1/6

Exhibit 1- Page 1

4/6/13 A Motion for Civility Has Been Filed Against Me. You can't make this stuff up. I promise! - The House - CreditInfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 2 of 10

**#1-Continued**

Okay boys and girls you don't be obnoxious anymore or you will go to time out.

This is hands down the most throwing of a fit by a collector I've ever seen. Those that know me, PM and I'll send you over the motion. It's classic.




| OFFLINE | shellieh98 | Posted Today, 03:02 AM |

**#2**

lol, that is pretty funny. They are a running scared. I would be too, lol I don't do well with confrontation, They just keep digging a deeper and deeper hoe for themselves.

| OFFLINE | ArtVandelay | Posted Today, 03:07 AM |

**#3**

Forget the FDCPA part.

Their actions may take this lawsuit to all new level!



www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/ 2/6

Exhibit 1-Page 2

4/6/13  A Motion for Civility has been filed against me! You can't make this stuff up, I promise! - The House - CreditInfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 3 of 16

ONLINE **Coltfan1972**  Posted Today, 03:16 AM

#4

> *ArtVandelay, on 05 Apr 2013 - 22:07, said:*
>
> Forget the FDCPA part.
>
> Their actions may take this lawsuit to all new level!
>
> 

Oh don't worry, references to the first amendment will dominate the reply. I'm thinking about asking for sanctions against them for filing something so frivolous. I mean they want the federal judge to impose an order on me that only applies to attorney's, they admit I'm not an attorney, and then they waste the courts time crying about how smart I am.

What's really funny is they put Ohio Lawsuit's post where she called me a hero in the motion. Guess what, IT WAS A WIN.

So they want the court to silence me from posting help on this site and the help I gave resulted in a total victory. Oh this is going to be so much fun.

OFFLINE **ArtVandelay**  Posted Today, 03:21 AM

#5

That sounds completely insane. It may existb but I have looked at a ton of FDCPA case law and can't remember anything close to this.

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/  3/6

Exhibit 1-Page 3

4/6/13 A Motion for Civility Has Been Filed Against Me! You can't make this stuff up, I promise! - The House - CreditInfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 4 of 16

It is 946 miles from The Jonesboro Wafflehouse to 1 First Street, NE Washington, DC 20543. If you make it to that level stop by and pick me up! I'll buy the pork rinds and beef jerky!

I'll bet this might become a popular thread!

---

**OFFLINE** Public Enemy — Posted Today, 03:24 AM

#6

Looks like their egos got bruised by getting their ass handed to them by a pro se and are lashing out at you.

I wonder how their client feels about getting billed for the hours they wasted on this garbage.

---

**OFFLINE** shellieh98 — Posted Today, 03:27 AM

#7

Hmmm can you file something else against them for trying to quash your 1st amendment rights?  Now THAT would be funny.

---

**ONLINE** Coltfan1972 — Posted Today, 03:29 AM

#8

**That sounds completely insane. It may existb but I have looked at a ton of FDCPA case law and can't remember anything close to this.**

What she is asking the court to do is use it's discretion and silence me, and she is asking the court to make me comply with the professional standards for attorney's even though I'm not an attonrey, and of course they concede that.

Let's see, Larry Flynt wrote that Jerry Falwell had sex with his mom in an outhouse and that's protected, but saying somebody has a nice rack (actually the truth is an absoulte defense) means a federal judge (and this is the judge that handled the Paula Jones V Bill Clinton while Clinton was a sitting president, so this is not some hack that is not going to know every single bit of the law like that back of their hand.   This is a freaking smart federal judge) should rule I don't have first amendment rights.

No names mentioned, no case numbers, no nothing but my case should be dismissed because I tell people to act arrogant and aggressive and turn things into a LEGAL circus.

---

**ONLINE** Coltfan1972 — Posted Today, 03:32 AM

#9

> *Public Enemy, on 05 Apr 2013 - 22:24, said:*
>
> I wonder how their client feels about getting billed for the hours they wasted on this garbage.

Yeah, and they think I was hard to deal with before and I was being unreasonable with my settlement demands?

They just guaranteed themselves a full blown jury trial.  I'll have to have a gun to my head to sign off on a settlement after this little stunt.

---

**OFFLINE** debtzapper — Posted Today, 03:39 AM

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/ 4/6

Exhibit 1-Page 4

4/6/13 A Motion for Civility Has Been Filed Against Me...You can't make this stuff up...I promise - The Law Lounge - CreditInfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 5 of 16

**#10**

1. Maybe you should really file a motion for sanctions.

2. This site does get read. You can do a Google search for almost any phrase in a post and get a hit.

3. Law school didn't prepare your opposing counsel for a pro se like you.

---

ONLINE **Coltfan1972**  Posted Today, 03:39 AM

**#11**

> *shellieh98, on 05 Apr 2013 - 22:02, said:*
>
> They just keep digging a deeper and deeper hoe for themselves.

Right, they don't like me so they are letting emotion take over and now they are playing right into my hand. This is nothing more than heckling at a baseball game hoping the other team will start focusing on the heckling and lose their focus while the team you're for annhiliates them.

---

ONLINE **TomnTex**  Posted Today, 03:41 AM

**#12**

Interesting!!! Where is my copy to peruse?

---

OFFLINE **Public Enemy**  Posted Today, 03:42 AM

**#13**

> *Coltfan1972, on 05 Apr 2013 - 22:32, said:*
>
> Yeah, and they think I was hard to deal with before and I was being unreasonable with my settlement demands?
>
> They just guaranteed themselves a full blown jury trial. I'll have to have a gun to my head to sign off on a settlement after this little stunt.

This quote comes to mind:

"I fear all we have done is to awaken a sleeping giant and fill him with a terrible resolve."

And I think we know how that one turned out.

---

ONLINE **Coltfan1972**  Posted Today, 04:02 AM

**#14**

Okay kids, I'm getting flooded with PM. I'll answer them all. Please put your email in the PM'S to me and the motion will be sent right over.

---

OFFLINE **ArtVandelay**  Posted Today, 04:13 AM

**#15**

It would be a much better use of her client's money if she would just subpoenas the staffs at Waffle House and Burger King. That way she can find out if you have made any references about her body to anyone in person. What she doesn't realize is that is the nicest thing you have ever said about opposing council. Maybe she can bring in a mannequin and have the witnesses point at different remarks you have made about her. The hard part will be differentiating which opposing council you said what about.

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/  5/6

Exhibit 1-Page 5

4/6/13 A Motion for Civility has been filed against me. You can't make this stuff up. I promise! - Is There a Lawyer in the House - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 6 of 16

**#15-Continued**

She could also subpoena some of us. It would be a blast to see all of the landmarks you have told us so many stories about. It would be like the first annual CIC Convention. 🎈🎂 Of course this is assuming she pay all of our expenses including site seeing tours! 😊

---

ONLINE **TomnTex**  Posted Today, 04:16 AM

**#16**

Didn't Obama do that same thing this past few days? Hmmmm!!! Oh, he apologized too.

---

ONLINE **Coltfan1972**  Posted Today, 04:19 AM

**#17**

> *TomnTex, on 05 Apr 2013 - 22:41, said:*
> Interesting!!! Where is my copy to peruse?

Check your email Tom.

Anybody else, if I passed you over, send me another message. I got flooded with requests. I guess everybody wants to know why I don't get my First Amendment rights.

---

OFFLINE **debtzapper**  Posted Today, 04:32 AM

**#18**

This is a 37 pg article about civilty in fed courts designed for lawyers, discusses sanctions, lists cases, etc.

www.mad.uscourts.gov/bbc/pdf/CIVILITYbyMichaelKeating-pdf
(http://www.mad.uscourts.gov/bbc/pdf/CIVILITYbyMichaelKeating-pdf)

---

OFFLINE **debtzapper**  Posted Today, 04:33 AM

**#19**

I am using dial up and got the link wrong, but you can Google it and get it.

---

ONLINE **TomnTex**  Posted Today, 04:34 AM

**#20**

Got it, thanks. Quite a read will be interesting to see the out come. When should that be?

---

Page 1 of 2                                         Back to Is There a Lawyer in the House



Credit InfoCenter Forums → Legal Issues → Is There a Lawyer in the House

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/ 6/6

Exhibit 1-Page 6



Sign In | Create Account

CREDIT INFOCENTER®
The FREE DIY Guide to Credit & Debt

Search... This topic

Home | Pay For Delete | Debt Validation | Credit Repair | Credit Rebuild | Sue Creditors & CAs | 623 Dispute Method | Report Spammers & Idiots | CIC Blog | Facebook
Compare Credit Report Services | Settle Debts | Statute of Limitations | Find Creditor Address | FCRA | FDCPA | Sample Letters | Vacating Judgments | Method of Verificatio

Ads by Google ► Law Firm Attorney ► Credit Repair ► Civil Attorneys ► Civil Lawyer

Home | Forums | Members | View New Content

Credit InfoCenter Forums → Legal Issues → Is There a Lawyer in the House

# A Motion for Civility has been filed against me !! (You can't make this stuff up, I promise

Started By Coltfan1972 , Today, 02:43 AM

PREV Page 2 of 2 1 2

This topic is locked

38 replies to this topic

OFFLINE **Public Enemy** #21

Impressive 100+ postings

#21

Members
276 posts
Location: WA

Posted Today, 05:01 AM

> **debtzapper, on 05 Apr 2013 - 23:32, said:**
>
> This is a 37 pg article about civilty in fed courts designed for lawyers, discusses sanctions, lists cases, etc.
>
> www.mad.uscourts.gov/bbc/pdf/CIVILITYbyMichaelKeating-pdf

Here is the link:

*www.mad.uscourts.gov/bbc/pdf/**CIVILITYbyMichaelKeating**.pdf*

#22

ONLINE **TomnTex** #22

700 posts and still alive....

Members
1,090 posts
Location: Tex

Posted Today, 05:14 AM

Hmmmmm....... This chapter also discusses incivility during depositions. There is also extensive discussion of deposition conduct in Chapter 20 "Depositions" (§§ 20:1 et seq.). Because the principal treatment of deposition conduct is in Chapter 20, the coverage of deposition conduct in this chapter is limited to matters specifically relating to civility.

OFFLINE **Flyingifr** #23

4/6/13 A Motion for Civility has Been Placed against Me! You can't make this stuff up. I Promise - Lawyers in the House - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 8 of 16

#23

Owner of THAT Board



Members
1,578 posts

Location: Nanjing, Jiangsu Province, Peoples Republic of China

Posted Today, 05:21 AM

Gee.... I sure am glad I'm not in her sights - she would probbaly try to have me disbarred even before I got barred in the first place. My history of posts is easily as long as yours, in fact I remember helping you on some cases.

Can I see this missive of misapplied legal miscogeny?

---

See my Avatar? It's the toy my nice former creditors bought for me through FDCPA violations. WTG Sears, Arrow, Asset, Sherman and the rest.

I think of a telephone as a Debt Collector's crowbar. With such a device it is possible for a collector to pry his mouth open wide enough to allow the insertion of a foot.

---

#24

ONLINE **Coltfan1972**

500 posts and hasn't been banned yet....



Banned
6,608 posts

Location: Jonesboro, Arkansas

Posted Today, 05:56 AM

> **Flyingifr**, on 06 Apr 2013 - 00:21, said:
>
> Gee.... I sure am glad I'm not in her sights - she would probbaly try to have me disbarred even before I got barred in the first place. My history of posts is easily as long as yours, in fact I remember helping you on some cases.
>
> Can I see this missive of misapplied legal miscogeny?

My good friend Flying !! And that case you helped me with was the one that made the NY Times.    PM your email and this beauty is on it's way.

---

When the Philistine arose and came and drew near to meet David, David ran quickly toward the battle line to meet the Philistine. And David put his hand in his bag and took out a stone and slung it and struck the Philistine on his forehead.

Then David ran and stood over the Philistine and took his sword and drew it out of its sheath and killed him and cut off his head

1 Samuel 17:48 & 51

"It does not seem unfair to require that one who deliberately goes perilously close to an area of proscribed conduct shall take the risk that he may cross the line." See, FTC v. Colgate-Palmolive Co., 380, Supreme Court of the United States, U.S. 374, 393, 85 S. Ct. 1035, 13 L.Ed. 2D 904 (1965).

No section of the FDCPA requires an inquiry into the worthiness of the debtor or purports to protect only deserving debtors, to the contrary, the FDCPA protects all consumers, from the gullible to the shrewd. See, Bass vs Stolper, Koritzinsky, Brewster, and Neider, S.C. 111 f3d. 1322, 1330, (1997).

Please understand I'm NOT an attorney. In all legal matters it is highly advisable to seek the advice of a professional.

---

#25

OFFLINE **peanutrs**

CIC Member



Members
98 posts
Location: MI

Posted Today, 11:25 AM

Wow..totally ridiculous!
I think you definately should ask for sanctions..
Also, maybe you could get some sort of restraining order against her...
Sounds to me like she is following you around on the internet, watching your every move...LMAO...



---

"You can eat an entire elephant....a bite at a time"

---

#26

OFFLINE **BTO429**

Gunnery Sergeant Retired

Posted Today, 12:46 PM

Sounds like a SLAPP suit lol. I know you wont file an anti SLAAP you will want to fight it out, and I do not blame you.

Listen I am going through the same thing, that is why I have stopped posting about any suits I have. I try to help others

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2    2/10

Exhibit 1-Page 8



Members
3,741 posts
Location: Indiana

#26-Continued

but do not want to talk about my own.

Its getting to the point we wont be able to post on sites like this, or face bbok and twitter, Brittan has already had judge file injuctions against social media sites.

a British court has issued an injunction that bans any mention of the details of a case on Twitter or Facebook. The judge's injunction prevents publication of any information:
[in] any newspaper, magazine, public computer network, internet site, social network or media including Twitter or Facebook.

There has also been some judge in our country do the same. In my case they claim that whom ever publishes a comment on a social media site becomes a publisher, so I not only argue the first amendment for freedom of speech i also argue freedom of the press.

In October of 2011 a bill was presented to Congress, the Stop Online Piracy Act. It would give governments and private corporations unprecedented powers to remove websites from the internet completely, on the flimsiest of grounds, and would also force internet service providers to play the role of copyright police or face penalties.

Explore H.R. 3261.



We fight to keep this country what it is....all gave some, some gave all.
SEMPER FI, AND CARRY ON

I am not a lawyer, in all legal issues it is best to contact an attorney for legal advice....All I can do is offer my opinion.
_____
TU 525
EX 629
EQ 600
First Premier $200
Staples $750

---

OFFLINE **shellieh98**

#27

CIC Member



Members
90 posts
Location: colorado

#27

Posted Today, 01:44 PM

I see it coming, we are losing our freedoms one amendment at a time. Wouldn't surprise me in the least.

---

OFFLINE **VADebtor**

#28

Impressive 100+ postings



Members
131 posts
Location: Maryland

#28

Posted Today, 02:07 PM

Unless there's a protective or gag order, aren't court filings publicly available? Istead of discussing a case, would posting links to the court website where pleadings could be read be impacted by these efforts to stifle discussion?

---

OFFLINE **shellieh98**

#29

CIC Member

#29

Posted Today, 02:34 PM

Read it. All I can say is.....wow.

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2    3/10

Exhibit 1-Page 9

4/6/13　　A Motion for Civility has been filed against me!! You can't make this stuff up. Promise - Page 2 - Lawsuits - the House of Credit InfoCenter Forums

Case 3:12-cv-90126-SWW　Document 26-1　Filed 05/03/13　Page 10 of 16

Members
90 posts

Location: colorado

---

OFFLINE  **admin**                                              #30

#30  Big Sister is Watching.

Posted Today, 04:42 PM

Nascar sent those to you because I think it's his opinion that you are going to get hammered.  Remember SCOTUS.

Administrators
★★ Admin
22,226 posts

Location: Scottsdale, AZ

*I'm not a lawyer, so in all legal matters, it is advisable to seek the advice of a professional. All posts are just my opinion.*

---

OFFLINE  **admin**                                              #31

#31  Big Sister is Watching.

Posted Today, 04:57 PM

I read the briefs and it was pretty amazing to see all the information they had.  Coltfan not only gave the website address but also his username which made it very easy to crucify him in the brief.  That was not very smart.

I am not sure I want to see this kind of thing happen here on these boards.

Administrators
★★ Admin
22,226 posts

Location: Scottsdale, AZ

*I'm not a lawyer, so in all legal matters, it is advisable to seek the advice of a professional. All posts are just my opinion.*

---

OFFLINE  **BrunoTheJDBkiller**                                  #32

#32  500 posts and hasn't been banned yet....

Posted Today, 05:23 PM



Members
3,169 posts

Location: pennsylvania

> **Coltfan1972, on 05 Apr 2013 - 21:43, said:**
>
> That's right !! Today, the other side filed a motion for civility against me.  They are alleging that I have disrespected the court by posting on this site.  I promise I did not just make that up.  You can ask Nascar, he sent me the motion.
>
> Yep, you heard me right.  They are claiming my posts are disrespectful.  There are a ton of my posts attached to the motion.  The attorney for the other side wants my case dismissed because I answered another posters question about if she was hot with, "she has a nice rack"  Yep, she wants my case dismissed for lack of civility.
>
> Now here is the real beauty.  The only authority she cites????  The Arkansas Rules for Professional Conduct of Attorney's.  Then she correctly lets the court know I'm not an attorney and then asks the court to still hold me to that standard.  Again, I promise this is true.
>
> It gets better.  She is asking the court to order that I don't post the deposition video on this website.  That I can't post about my case until 48 hours have passed on any event, motion, hearing, ect...... and drum roll, she wants the court to monitor my online posting.
>
> So I'm the one wasting the courts time when THEY admit the violated the FDCPA and they called me in for a deposition and the amount of fees to date would have already paid my settlement demand.
>
> That's right, if you can't beat Coltfan, try to get the case dismissed because you don't like him.  I kid you not, she basically wants a gag order on a FDCPA case where I've sent her two emails, never contacted her client, and me and you friends tell Burger King and Waffle House stories to spice up what is a pretty boring topic, consumer debt.

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2　　4/10

Exhibit 1- Page 10

4/6/13  A Motion for Civility has been filed against me. You can't make this stuff up. I promise - Lawyers in the House - Credit InfoCenter Forums

Case 3:12-cv-00126-SWW Document 26-1 Filed 05/03/13 Page 11 of 16

**#32-Continued**

I've never posted the attorney name, the client name, the case number, the judge ect... but somehow my lawsuit should be dismissed because I posted she had a nice rack and I was rude and crude during THEIR deposition.

That's right, my case should be dismissed not for anything that has to do with the merits of my case, but because I'm rude and crude and won't settle this lawsuit. She actually said I won't settle the lawsuit so that means I'm abusing the system. Yep, demanding a trial is abusing the system?

I don't want to settle, I want a trial. But that's abuse. I clown around on this site so that means their illegal conduct should be dismissed.

Good grief, could somebody send them Larry Flynt's deposition. He wore a FU this court shirt to court and won in the Supreme Court 8-0 but since I'm rude my case needs to be dismissed.

There getting ready to get lit up like a Christmas tree. Oh the response full of case precedent is a coming. It will be their motion with zero authority cited asking that my first amendments rights be violated against a response that will paint them as the cry baby losers they are .

Here is just a little taste. This is a 100% copy and paste from their motion-

**"This conduct should not continue. Plaintiff's online public posting needs to be monitored so that he does not serve as an example and encourage other debtors to act in such an obnoxious manner during litigation."**

Okay boys and girls you don't be obnoxious anymore or you will go to time out.

This is hands down the most throwing of a fit by a collector I've ever seen. Those that know me, PM and I'll send you over the motion. It's classic.

**CRUZ**
**v.**
**BETO, CORRECTIONS DIRECTOR.**
No. 71-5552.
**Supreme Court of United States.**
We said in *Conley* v. *Gibson*, 355 U. S. 41, 45-46, that "a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."

I'm no lawyer, don't believe a word I say unless you verify it.

---

**#33**

OFFLINE  BrunoTheJDBkiller  #33

500 posts and hasn't been banned yet....



Members
3,169 posts
Location: pennsylvania

Posted Today, 05:40 PM

I don't see where their gripe is legit. He never publicly identified anybody, gave no case number, and he never uses his real name on the site. The only reason they know about this is because he sent them a link. They consider this harrassment? Gee, there's a new invention called a mouse, you know, like don't look? Then they imply threats of disciplinary action they cannot take or have taken. Judges don't discipline lawyers, the bar association does. I know a bit about this, I've filed and won three of these in a row. Colt's courtroom demeanor is top notch, he's never been cited for anything in court. The New York Times case established this stuff, and he is well within the parameters of that case. These are public figures, and they have no such protection. If these bozos are so offended, let them file a slander or libel suit in state court and see what happens to them next. They won't do it, because they know they have no case. So they whine to a federal judge because they got their clock cleaned by a pro se and they don't like it, and he made fun of them. What crybabies. Why don't they tell their client to stop violating the law, and they won't have to deal with it.

I'm no lawyer, don't believe a word I say unless you verify it.

---

**#34**

ONLINE  Credator  #34

Reality is an Illusion

Posted Today, 06:13 PM

Hammering the Colt is not intimidating but instructive. Some of us are mostly quiet and confident and just cost DC

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2   5/10

Exhibit 1-Page 11

4/6/13  A Motion for Civility has Been Filed against Me. You Ain't Make this stuff up. I promise - Page 2 - Lawsuits - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW   Document 26-1   Filed 05/03/13   Page 12 of 16



Members
124 posts
Location: AZ

#34-Continued

attorneys a lot of time and money as we vigorously pursue their defeat. Many share their knowledge of how to win and avoid losing while educating bar and non-bar members alike. This tends to create even more costs and losses for attorneys that break the law or represent law breakers. Clearly some are noisy and entertaining.

*"The defense seems to have been prepared according to the old rules. 'If the facts are against you, hammer the law. If the law is against you, hammer the facts. If the fact and the law are against you, hammer opposing counsel.'"* ~Jacob J. Rosenblum

If Colt is against you then just hammer the 1st Amendment of the CotUS. But first depose him for the sole purposes of intimidation and harassment and then hope the judge will be kind enough to gag your noisy victim. FAIK Colt sued because opposing refused to settle after they knew they broke the law. It really is so simple a child could understand it. Seems like some law firms need a child on retainer so they don't miss the obvious.

The Internet has removed the easy from being a DC attorney. Many consumers now view DC attorneys as a source of revenue. This occurs because of the fact that they consistently break the law and act as if they are above the law.

*"The lady doth protest too much, methinks."* ~Gertrude in Shakespeare's Hamlet
*"Me thinks the lady doth screech too loud,"* opposition MP regarding Margaret Thatcher

In this case it appears that the plaintiff's obnoxious behavior provided opposing with information they may have never found or may never had been created without knowledge of them "watching". Opposing seems to want to silence the flow of information which I find fascinating as it would never occur to me to limit or restrict opposing if I felt they were doing something that could possibly assist me in my case. Bring on the obnoxious chatty opposition (other than Colt or his clones) I prefer the win to emotional knee jerk reactions. Come to think of it I believe I may currently be blessed with such opposing counsel. 😛

---

Stop me if you've heard this one before, "A honey badger and a wolverine walk into a bank..."
-
One who knows and knows that he knows... His horse of wisdom will reach the skies.
One who knows, but doesn't know that he knows... He is fast asleep, so you should wake him up!
One who doesn't know, but knows that he doesn't know... His limping mule will eventually get him home.
One who doesn't know and doesn't know that he doesn't know... He will be eternally lost in his hopeless oblivion!
(Ibn Yamin ابن یمین فریومدی) - a thirteenth-century poet on the four types of men.

---

OFFLINE **BrunoTheJDBkiller**                                             #35

500 posts and hasn't been banned yet....



Members
3,169 posts
Location: pennsylvania

#35

Posted Today, 06:27 PM

"Come and get me, Copper." James Cagney in *White Heat*. Watch that one if you want to see attitude.

This is about some cheap hack lawyer who wanted to run over a pro se litigant, refused to settle even when they knew and admitted wrongdoing, just because. Just because why? I'm a lawyer, and you're not, and I will not tolerate an overall wearing Burger King hick kicking my butt in court. Well guess what, sweetheart. "This ain't Dodge City, and you ain't Bill Hickock." Tom Selleck in *Quigley Down Under*. This is one more case of I'm better than you, I'm smarter than you, I'm more sophisticated than you, and I demand a victory. Well you're not, and too bad. I know a couple of veteran lawyers you can call who just got their butts handed to them by Bruno, and they didn't like it one bit. Who cares. We aren't here to make these people happy. If they can't cut it in court, I hear Walmart is hiring. They probably couldn't do that job any better, either.

---

I'm no lawyer, don't believe a word I say unless you verify it.

---

ONLINE **Seadragon**                                                      #36

#36

Credit Suit Survivor



Posted Today, 07:38 PM

> shellieh98, on 05 Apr 2013 - 22:02, said:
> lol, that is pretty funny. They are a running scared. I would be too, lol I don't do well with confrontation, They just keep digging a deeper and deeper hoe for themselves.

Members
2,908 posts

For the sake of lurking judges she ment to say hole not hoe. Please your honor excuse Coltfan his style is no less

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2    6/10

Exhibit 1-Page 12

4/6/13  A Motion for Civility has been filed against me!! You can't make this stuff up, I promise. - Page 2 - Ask the Lawyer - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW   Document 26-1   Filed 05/03/13   Page 13 of 16

Location: Ca.

#36-Continued

onerous than certain other personal injury attorneys and as we know Can she really authenticate the posts.

To the other sides attorney, expert opinion is allowable in court but I will let the judge decide the issues of a United States citizens free speech when providing commentary concerning the opposing sides lawyer. Further this is just proof you can put mammary glands on a great white shark and a guy will look at them.

And further if the FDCPA defense litigation doesn't work out for you there are several job opportunities here in California and Nevada with better public perception than the Collector defense game and it appears you are adequately qualified for them. They are mostly on ranches and in the valley area here in California with no degree requirements, and fit in well with your Collector protector job skills. Unfortunately they do have higher morality standards than your present industry.

And really tattling, grow up and put the big girl panties on. It is the litigation thunderdome. For any judges reading this: Your honors this forum is a great resource for eliminating some of the stress that is prevelant in pro per litigation. As our forefather, discussed the direction of national issues anonymously, and without fear of reprisal so should this. The fact that the defenses lawyer deems this relevant, and attempts to bring out of court statements into the litigation is faldaral.

I will let the judge in the matter determine if counsel has a nice rack or not until I see the deposition video whenever that is posted.

---

***I AM NOT AN ATTORNEY.(If I were the debt collection industry would have fallen by now)(Yes I copy and pasted this so what it is CIC)***

Any suggestions I offer are based upon my own experiences, research, and/or opinions. In legal matters, it's best to seek the advice of an attorney. Contact your state bar association. Many state bar associations, if not all of them, offer a Lawyer Referral Services. If you request the name of an attorney in your area, they will provide a name. That attorney may then provide a consultation either free of charge or for a reduced fee.Soldier in the Credit Litigation Resistance Militia

Some stuff thats frequently asked for
http://www.creditinf...11-post110.html
http://www.creditinf...1534-post7.html
http://www.creditinf...823-post11.html

This post was exclusively posted on http:/www.creditinfocenter.com. It is for the use of creditinfocenter and it's posters any use by other sites not explicitly linked to or cited does not constitute permission to post on another site said actions would violate the boards TOS and Seadragon. Only Mrs. Seadragon gets to violate Seadragon so don't sling my words on your crappy click site please. If you see this post on another site please post it on www.creditinfocenter.com so we can laugh at my response to that event.

---

ONLINE **Seadragon**   #37

#37   Credit Suit Survivor

Posted Today, 07:45 PM



Members
2,908 posts
Location: Ca.

> Credator, on 06 Apr 2013 - 13:13, said:
>
> Hammering the Colt is not intimidating but instructive. Some of us are mostly quiet and confident and just cost DC attorneys a lot of time and money as we vigorously pursue their defeat. Many share their knowledge of how to win and avoid losing while educating bar and non-bar members alike. This tends to create even more costs and losses for attorneys that break the law or represent law breakers. Clearly some are noisy and entertaining.
>
> *"The defense seems to have been prepared according to the old rules. 'If the facts are against you, hammer the law. If the law is against you, hammer the facts. If the fact and the law are against you, hammer opposing counsel.'"* ~Jacob J. Rosenblum
>
> If Colt is against you then just hammer the 1st Amendment of the CotUS. But first depose him for the sole purposes of intimidation and harassment and then hope the judge will be kind enough to gag your noisy victim. FAIK Colt sued because opposing refused to settle after they knew they broke the law. It really is so simple a child could understand it. Seems like some law firms need a child on retainer so they don't miss the obvious.
>
> The Internet has removed the easy from being a DC attorney. Many consumers now view DC attorneys as a source of revenue. This occurs because of the fact that they consistently break the law and act as if they are above the law.
>
> *"The lady doth protest too much, methinks."* ~Gertrude in Shakespeare's Hamlet
> *"Me thinks the lady doth screech too loud,"* opposition MP regarding Margaret Thatcher
>
> In this case it appears that the plaintiff's obnoxious behavior provided opposing with information they may have never found or may

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2   7/10

Exhibit 1-Page 13

4/6/13 A Motion for Civility has been filed against me, You can't make this stuff up, I promise - Page 2 of - Law in the Use of Credit InfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 14 of 16

**#37-Continued**

never had been created without knowledge of them "watching". Opposing seems to want to silence the flow of information which I find fascinating as it would never occur to me to limit or restrict opposing if I felt they were doing something that could possibly assist me in my case. Bring on the obnoxious chatty opposition (other than Colt or his clones) I prefer the win to emotional knee jerk reactions. Come to think of it I believe I may currently be blessed with such opposing counsel. 😀

Also doesn't it violate the boards TOS to Repost in a public forum such as a federal case? Admin can't you sue the attorney for violation of the forums TOS? Maybe Admin can get payed also. Gotta love where an attorney has violations and commits even larger violation that could potentially cost them more money than they owe Coltfan. Wow way to bait them Colfan, I didn't even see that.

---

***I AM NOT AN ATTORNEY.(If I were the debt collection industry would have fallen by now)(Yes I copy and pasted this so what it is CIC)***

Any suggestions I offer are based upon my own experiences, research, and/or opinions. In legal matters, it's best to seek the advice of an attorney. Contact your state bar association. Many state bar associations, if not all of them, offer a Lawyer Referral Services. If you request the name of an attorney in your area, they will provide a name. That attorney may then provide a consultation either free of charge or for a reduced fee. Soldier in the Credit Litigation Resistance Militia

Some stuff thats frequently asked for
http://www.creditinf...11-post110.html
http://www.creditinf...1534-post7.html
http://www.creditinf...823-post11.html

This post was exclusively posted on http:/www.creditinfocenter.com. It is for the use of creditinfocenter and it's posters any use by other sites not explicitly linked to or cited does not constitute permission to post on another site said actions would violate the boards TOS and Seadragon. Only Mrs. Seadragon gets to violate Seadragon so don't sling my words on your crappy click site please. If you see this post on another site please post it on www.creditinfocenter.com so we can laugh at my response to that event.

---

**#38**

ONLINE **Coltfan1972**

500 posts and hasn't been banned yet....



Banned
6,608 posts
Location: Jonesboro, Arkansas

#38

Posted Today, 08:02 PM

The bottom line is in their motion they cite an attorney's oath for Arkansas. It's what lawyers raise their hand and agree to follow. They then fully admit I'm not a lawyer and say that I still should be held to that oath that I never took and agreed to follow.

I've never even come close to being on the wrong side of a judge while in court. In fact, all I've ever been given is praise for how prepared I am and how impressed they are that I know all the rules of procedure.

The email I sent to the other side was one sentence. It said here is the link in case you were having trouble finding it. Thank You, my name. That's it.

You know it's been done before by somebody I know really, really, really, really, well to lay out the game plan on a message board knowing the other side was following along and then when it got time for trial the strategy and plan that was freely laid out on the message board was nothing more than a trick and a completely different strategy was used.

The other side did not know this site was even around until I told them. I've also made it clear when not taking just bits and pieces and certain statements out of context that I use terms like "circus" and "nightmare" in the context of being incredibly difficult to deal with but staying within the rules of procedure and the law. In fact, I've said numerous times before anybody goes to court they should over and over to the court they will be in so they observe and see how the judge runs their courtroom, even getting so detailed as to advise people they want to be so prepared they know if the judge just looks at you when it's your time to speak or wait until the judge looks at you AND asks you to speak.

I have never put a real name in my posts or a case number or any other personal information. Tons of the posts made are jokes between members. For example, I see in their motion where they mention nothing about me having my mule in the parking lot of Burger King and I jump on my mule and ride around town looking for an internet connection. And Bruno posted a picture of me in my overalls on my cell phone getting ready to walk into court, but I don't see that in their motion. It's called puffery and playing to the crowd. It's called "you can't believe everything you read on the internet"

They are asking a federal judge to basically monitor my posting, and for what, an immature comment about a rack and a stupid smiley face with "I'd hit it" There was a pretty good boxer name Muhammad Ali that you could not shut up. It's

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2 8/10

Exhibit 1-Page 14

4/6/13　　A Motion for Civility has been filed against me!! You can't make this stuff up, I promise - Lawyers - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW   Document 26-1   Filed 05/03/13   Page 15 of 16

#38-Continued

called style and flare, and generally you're going to offend somebody when you have your own style and flare, especially when it's not the norm one is used to seeing.   Now if I was a member of the bar and had taken that oath then it would be another story.   They are wanting to hold me to something I never agreed to.   I never raised my hand and said I'll follow that oath, but now they are running to a federal judge because basically their feelings are hurt and they are mad I won't settle.

I sent an intent to sue letter demanding 2,500.00 prior to suit.   Also seven voice mails and emails trying to settle with the other side that were not returned.   So am I ticked off about that? YES.   Did I decide to make it hard on them? YES.   Do I know the law? YES and I know what strict liability means.   I knew the deposition was nothing more than they are ticked off and trying to intimidate me.   So I turned the tables.  I sent a message that I won't be intimidated.  What's wrong with that.  I look forward to explaining to a federal judge that it's part of my overall plan to get into the other sides head where they pay more attention to me than they do to their clients case, like exactly what is happening now.   At the end of the day none of this has anything to do with if their client violated federal law.   They are complaining about Coltfan which violated no law and might have violated an oath he never took,  while their client is there admitting to violating the FDCPA and their attorney's are crying to a judge because they don't like Coltfan's strategy, tone, and handling of this case.

This is exactly what I want.   It's all part of a master plan to get the other side off track and I've done it.   They have now turned this into a playground who called who a name while their client sits there the one hurting because all this time their attorney could be working on an actual defense for their client.   Our feelings are hurt is not a defense.   My inital complaint was 23 pages and it's full of case law and written more like a motion for summary judgement.   That shows the case was not brought in bad faith, in fact, the other side admits to the allegations in my complaint, how much more evidence is there this case was not brought in bad faith, they don't even dispute the FACTUAL allegations.

This is nothing more than attack the victim when you've lost.   It's a last ditch smear campaign to divert the real attention away from the actual facts of this case.   If they have to argue the facts they know they lose so attack Coltfan because he is a male that noticed a nice rack and was a little rude in the deposition.

I will put on my suit and tie and gladly stand in front of the federal judge and explain myself.   I'll take all my past cases with me along with pleadings.    I'll put my record up against their record.   Why do I have to conform to the way they think I should act, when I'm not breaking any laws.   All I do is win.  I don't lose, I win and I'm arrogant and cocky.   I admit that.  It's because I back up in court with FACTS what I say I'll do.   If the other side will actually let this go to trial they will get demolished and they know that.   They are trying anything to keep from having to focus on facts because they know a trial will mean a huge defeat.

So bring it on, bring on your motions and I'll put on my big boy pants and we can all go have a sit down with the judge.   I welcome that.   I won't back down from anything I've said.   I exercise my free speech rights and I use puffery when posting and many times just exgerating to make things interesting.

The other side is not forced to check this board.   They don't have to read this board, they choose to read this board.   If you don't like what I'm saying here don't come here and read it.   I fully expect the judge to come down on them for wasting the courts time arguing that I violated something I never agreed to comply with.

So in my usual fashion, I say to the other side if they are reading, bring it on.   Let's go.   Let's all go talk to the judge.   Set up the meeting and Coltfan will be there.  I'm guilty of bad taste, immaturity, arrorgance and being a guy, all of which is not illegal.   You don't like me, fine, I don't like you.   Now get your tail in court and let's argue FACTS and see who wins.

---

When the Philistine arose and came and drew near to meet David, David ran quickly toward the battle line to meet the Philistine. And David put his hand in his bag and took out a stone and slung it and struck the Philistine on his forehead.

Then David ran and stood over the Philistine and took his sword and drew it out of its sheath and killed him and cut off his head

1 Samuel 17:48 & 51

"It does not seem unfair to require that one who deliberately goes perilously close to an area of proscribed conduct shall take the risk that he may cross the line." See, FTC v. Colgate-Palmolive Co., 380, Supreme Court of the United States, U.S. 374, 393, 85 S. Ct. 1035, 13 L.Ed. 2D 904 (1965).

No section of the FDCPA requires an inquiry into the worthiness of the debtor or purports to protect only deserving debtors, to the contrary, the FDCPA protects all consumers, from the gullible to the shrewd. See, Bass vs Stolper, Koritzinsky, Brewster, and Neider, S.C. 111 f3d. 1322, 1330, (1997).

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2　　9/10

Exhibit 1-Page 15



4/6/13 A Motion for Civility has been Filed against Me!! You Can't make this stuff up...I promise - Is There a Lawyer in the House - Credit InfoCenter Forums

Case 3:12-cv-00128-SWW Document 26-1 Filed 05/03/13 Page 16 of 16

Please understand I'm NOT an attorney. In all legal matters it is highly advisable to seek the advice of a professional.

ONLINE **Seadragon** #39

#39

Credit Suit Survivor

Members
2,908 posts
Location: Ca.

Posted Today, 08:26 PM

> Coltfan1972, on 05 Apr 2013 - 23:19, said:
>
> Check your email Tom.
>
> Anybody else, if I passed you over, send me another message. I got flooded with requests. I guess everybody wants to know why I don't get my First Amendment rights.

I am interested because this is a first salvo on free speech. where you have quite literally made this a Federal case(pun intended) they have now made this a Supreme Court case. I cannot see the judge granting this motion but I worry about some things that I will PM you about.

---

***I AM NOT AN ATTORNEY.(If I were the debt collection industry would have fallen by now)(Yes I copy and pasted this so what it is CIC)***

Any suggestions I offer are based upon my own experiences, research, and/or opinions. In legal matters, it's best to seek the advice of an attorney. Contact your state bar association. Many state bar associations, if not all of them, offer a Lawyer Referral Services. If you request the name of an attorney in your area, they will provide a name. That attorney may then provide a consultation either free of charge or for a reduced fee.Soldier in the Credit Litigation Resistance Militia

Some stuff thats frequently asked for
http://www.creditinf...11-post110.html
http://www.creditinf...1534-post7.html
http://www.creditinf...823-post11.html

This post was exclusively posted on http:/www.creditinfocenter.com. It is for the use of creditinfocenter and it's posters any use by other sites not explicitly linked to or cited does not constitute permission to post on another site said actions would violate the boards TOS and Seadragon. Only Mrs. Seadragon gets to violate Seadragon so don't sling my words on your crappy click site please. If you see this post on another site please post it on www.creditinfocenter.com so we can laugh at my response to that event.

PREV   Page 2 of 2   1   2                                                                            Back to Is There a Lawyer in the House

Like 0

**6 user(s) are reading this topic**
2 members, 4 guests, 0 anonymous users

Seadragon, TomnTex

Credit InfoCenter Forums  →  Legal Issues  →  Is There a Lawyer in the House                              Privacy Policy

Contact Us    Mark Community Read    Help                                                Community Forum Software by IP.Board 3.4.0

www.creditinfocenter.com/community/topic/319854-a-motion-for-civility-has-been-filed-against-me-you-cant-make-this-stuff-up-i-promise/page-2    10/10

Exhibit 1-Page 16