Credit InfoCenter Forums → Legal Issues → Is There a Lawyer in the House



# Has Coltfan1972 been banned?
Started By Credithis, Yesterday, 06:09 PM

#1

**OFFLINE** **Credithis**  Posted Yesterday, 06:09 PM

Tried to respond to his topic and PM him. Seems PMs are no longer allowed and you cannot reply to his topic.. Grrrr. Hope the other side hasn't won yet!

### Check Your Credit
www.FreeCreditReport.com
Official Site FreeCreditReport.com® America's #1 Report & Score.

AdChoices

#2

**OFFLINE** **Public Enemy**  Posted Yesterday, 06:14 PM

This thread disappearing in 3..2..1..

But yes he was banned with no notice.

#3

**OFFLINE** **TomnTex**  Posted Yesterday, 06:14 PM

If I read the profile correct, he was!

#4

**OFFLINE** **nascar**  Posted Yesterday, 06:32 PM

> *Public Enemy, on 06 Apr 2013 - 18:14, said:*
>
> This thread disappearing in 3..2..1..
>
> But yes he was banned with no notice.

Before the rumor mill kicks into full gear, I'll respond on behalf of the board.

Yes, he has been banned. No, not without notice.

The member known as Coltfan1972 was repeatedly admonished not to use the forum as a private soapbox to encourage members to disrespect and abuse the court system, judges, attorneys and others.

His recent disruptive activities have now become the focus of a pending action in federal court, have drawn the attention (and likely the ire) of a federal court judge, and generally have cast creditinfocenter.com, and all the decent folks who participate in the discussions here, in a highly negative light.

**It has never been, nor is it now, the purpose of this forum to advocate outright disrespect and contempt for the court system, attorneys, judges and adverse parties, as a way to defend yourself against abusive debt collection practices.** Coltfan72 was advised of this, and chose to ignore our requests to "tone it down." Instead, he continued to pursue his own agenda, in direct contravention of the best interests of creditinfocenter.com.

#4

It is as simple as that.

Back to Is There a Lawyer in the House · Next Unread Topic →



Credit InfoCenter Forums → Legal Issues → Is There a Lawyer in the House