**Subject:** Proposed Order to Appear in Federal Court
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/8/2013 5:08 PM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

Mr. Mixon,

My attorney forwarded me the letter which you sent to Judge Wright.  Please be advised no order has to be issued for me to appear.   I have instructed my attorney to schedule any date and time that is best for all parties and I require no order from the court for my attendance.   I'm most happy to attend the hearing on what I agree is a very serious matter, my First Amendment rights as a citizen of the United States of America.

I'll be there, order or no order from the Honorable Court and will obey and comply one-hundred percent with any orders from the Federal Court and Her Honor.


Best Regards,

Brandon Scroggin

**Exhibit 3-Page 1**

4/29/2013 1:15 PM

Friend wants to come to court                mailbox:///C:/Documents and Settings/Mixon/Application Data/Thunde...

Case 3:12-cv-00128-SWW   Document 26-3   Filed 05/03/13   Page 2 of 9

**Subject:** Friend wants to come to court
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/10/2013 10:09 PM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

I've got my uncle that wants to come to court in Little Rock, but he ain't got no good clothes and he did not take no oath either, but he will be good.   This is him calling me after he got yall's motion to dismiss and for civility.   He made a good point, "how the heck do you civilize the uncivil?"  I told him, heck if I know?????

You guys don't care if he shows up in his Sunday best overalls do you? He's a heck of a nice guy and won't say nothing rude to nobody.   He even knows what the definition of "is" is.

Thanks

--- Coltfan's Uncle.JPG ---



--- Attachments: ---

Coltfan's Uncle.JPG                                          135 KB

**Exhibit 3-Page 2**

**Subject:** Depo Video
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/12/2013 4:11 PM
**To:** Rebecca Worsham <rworsham@mixonlawfirm.com>, dmixon@mixonlawfirm.com

Here is a deposition video.  Tell me what you think.  I think it's pretty good.  Hope you both have a good and offensive free weekend.   Watch out for those drivers flipping the bird.  They can really hurt feelings.   There should be some drivers civility oath like the implied consent.

https://www.youtube.com/watch?v=-bi6CycM3mE

Exhibit 3-Page 3

1 of 1                                                                                    4/29/2013 1:16 PM

**Subject:** Affidavit
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/15/2013 11:18 AM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

Not bad for somebody that allegedly has disrespect for the courts.

Obviously I'm assisting in my own defense of your motion.   Ms. Leigh will file everything with the court and provide you with whatever is procedurally correct in hard copy form.  I'm forwarding this to you as a courtesy so you will have all rebuttal as early as I/we have so you have as much time as possible to review and conduct any investigation you feel in necessary.

Additionally, and you can confirm with Ms. Leigh, I will be making our oral arguments to the court in defense of your motion.

Remember, you opened this can.  See you in Little Rock.

Best Regards,

Brandon Scroggin & Coltfan1972 & The Shrewd

No section of the FDCPA requires an inquiry into the worthiness of the debtor or purports to protect only deserving debtors.  To the contrary, Congress has clearly indicitated its belief that no debtor deserves to be abused in the collection process.  Bass vs Stolper, Koritzinsky, Brewster, and Neider, S.C. 111 f3d. 1322, 1330, 7th Circuit, 1997.

The FDCPA protects all consumers from the gullible to the shrewd.

--- Attachments: ----------------------------------------------------------------------------------------------------

   CT. Affidavit.pdf                                                                                       36.2 KB

Exhibit 3-Page 4

1 of 1                                                                                   4/29/2013 1:14 PM

**Subject:** Re: Affidavit
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/15/2013 11:28 AM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

I'm sorry, I forgot to include the other affidavit, please find it attached to this email.

Thank You


On Mon, Apr 15, 2013 at 11:18 AM, Brandon Scroggin <acsscroggin@gmail.com> wrote:
Not bad for somebody that allegedly has disrespect for the courts.

Obviously I'm assisting in my own defense of your motion.   Ms. Leigh will file everything with the court and provide you with whatever is procedurally correct in hard copy form.  I'm forwarding this to you as a courtesy so you will have all rebuttal as early as I/we have so you have as much time as possible to review and conduct any investigation you feel in necessary.

Additionally, and you can confirm with Ms. Leigh, I will be making our oral arguments to the court in defense of your motion.

Remember, you opened this can.  See you in Little Rock.

Best Regards,

Brandon Scroggin & Coltfan1972 & The Shrewd

No section of the FDCPA requires an inquiry into the worthiness of the debtor or purports to protect only deserving debtors. To the contrary, Congress has clearly indicitated its belief that no debtor deserves to be abused in the collection process. Bass vs Stolper, Koritzinsky, Brewster, and Neider, S.C. 111 f3d. 1322, 1330, 7th Circuit, 1997.

The FDCPA protects all consumers from the gullible to the shrewd.



--
When the Philistine arose and came and drew near to meet David, David ran quickly toward the battle line to meet the Philistine.  And David put his hand in his bag and took out a stone and slung it and struck the Philistine on his forehead. The stone sank into his forehead, and he fell on his face to the ground.

Then David ran and stood over the Philistine and took his sword and drew it out of its sheath and killed him and cut off his head

1 Samuel 17:48 & 51

"It does not seem unfair to require that one who deliberately goes perilously close to an area of proscribed conduct shall take the risk that he may cross the line." *See, FTC v. Colgate-Palmolive Co., 380, Supreme Court of the United States, U.S. 374, 393, 85 S. Ct. 1035, 13 L.Ed. 2D 904 (1965).*


Attachments:

Affidavit from WY.pdf                                                                                          103 KB

**Subject:** Proposed Stipulation
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/15/2013 11:48 AM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>, Victoria Leigh <v@leigh-law.com>

Mr. Mixon,

I am willing to enter into a stipulation with you to accept the "oath" and comply with the "oath" from the date of the signed stipulation forward, in exchange for your firm agreeing to pay me for my time acting and assisting as an attorney, seperate from Ms. Leigh as she has many thousands of dollars and likely more due to your requested hearing in Little Rock and your motion, already invested, as provided for under the FDCPA when (not if) we win the case.

Please email Ms. Leigh and myself your approval and I will have her draw up the stipulation.

Thank You,

Brandon Scroggin

Exhibit 3-Page 6

4/29/2013 1:14 PM

**Subject:** Fwd: Proposed Stipulation
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/15/2013 7:40 PM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

Mr. Mixon,

Can you please advise me where you stand on this proposed stipulation. I'm very anxious to get it signed so I can start billing your client at the attorney-at-law rate, and agree and join in with you that I should be held to the "oath" and as stated below am most anxious to take that oath and start complying the second the oath is signed.

Please get back with me as soon as possible. I would hate to think you might be using a letter to a federal judge asking a private citizen playing a character on-line to be ordered to court and answer questions as somewhat of an intimidation tactic. If so, you failed miserably and will need a court order to keep me out of that courtroom.

I have more affidavits and other evidence on the way and will be forwarding to you. I look forward to signing the stipulation and can't wait to meet you in United States District Court where will have a front row seat as a non attorney litigant puts on a first amendment argument clinic. I even have an invitation to Larry Flynt outstanding and have been told by his office he is looking over my case. I'm sure he an opinion on the matter.

Best Regards,

Brandon Scroggin and Coltfan1972

---------- Forwarded message ----------
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** Mon, Apr 15, 2013 at 11:48 AM
**Subject:** Proposed Stipulation
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>, Victoria Leigh <v@leigh-law.com>

Mr. Mixon,

I am willing to enter into a stipulation with you to accept the "oath" and comply with the "oath" from the date of the signed stipulation forward, in exchange for your firm agreeing to pay me for my time acting and assisting as an attorney, seperate from Ms. Leigh as she has many thousands of dollars and likely more due to your requested hearing in Little Rock and your motion, already invested, as provided for under the FDCPA when (not if) we win the case.

Please email Ms. Leigh and myself your approval and I will have her draw up the stipulation.

Thank You,

Brandon Scroggin

--

When the Philistine arose and came and drew near to meet David, David ran quickly toward the battle line to meet the Philistine. And David put his hand in his bag and took out a stone and slung it and struck the Philistine on his forehead. The stone sank into his forehead, and he fell on his face to the ground.

Then David ran and stood over the Philistine and took his sword and drew it out of its sheath and killed him and cut off his head

1 Samuel 17:48 & 51

"It does not seem unfair to require that one who deliberately goes perilously close to an area of proscribed conduct shall take the risk that he may cross the line." *See, FTC v. Colgate-Palmolive Co., 380, **Supreme Court of the United States,** U.S. 374, 393, 85 S. Ct. 1035, 13 L.Ed. 2D 904 (1965).*

**Subject:** Affidavit
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/19/2013 4:11 PM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

See you in Little Rock.   And again, remember who opened this can and wanted to go down this road.

---- Attachments: ----

Affidavit for MTD.pdf                                                                                               117 KB

**Exhibit 3-Page 8**

**Subject:** More Affidavits
**From:** Brandon Scroggin <acsscroggin@gmail.com>
**Date:** 4/25/2013 1:41 PM
**To:** dmixon@mixonlawfirm.com, Rebecca Worsham <rworsham@mixonlawfirm.com>

At what point do you look in the mirror and ask yourself, "Why did we just not return a stinking phone call" & "So this is what a legal train wreck and a nightmare means"

Don't worry, the reporter from the New York Times is still there and is doing a follow-up story.

I might not be sophisticated enough to have a law degree or take an oath, but I'm sophisticated enough to know it's news when a law firm tries to silence and quash the first amendment rights of a private citizen abused by a collection agency.

I'll make sure this case gets the publicity it deserves.  But I'm sure you think I'm bluffing about that just like you thought I was about the Supreme Court and everything else you thought I was lying about in the deposition.

Welcome to the party pal, see you in Little Rock, remember, you sent the invitation.

---- Attachments: -------------------------------------------------------------------------------------------------------------

Illionis Affidavit.pdf                                                   43.1 KB