UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON SCROGGIN**                                                         **PLAINTIFF**

**VS.**                  **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**                       **DEFENDANT**

**MOTION FOR LEAVE TO FILE A REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR AN ORDER OF CIVILITY**

Comes now Brandon Scroggin, by and through his attorney, Leigh Law LLC, comes with his motion for leave to file a reply brief and states:

1. This matter is currently set for trial during the week of July 15, 2013.

2. That Defendant filed a reply brief on May 3, 2013.

3. Defendant's reply brief includes new, serious allegations which deserve a response from Plaintiff.

4. Plaintiff requests up to and including Friday, May 10, 2013 to file a reply.

WHEREFORE, Plaintiff prays that the Court grant his request to file a reply brief up to and including May 10, 2013 and for all other relief to which he's properly entitled.

                                                               Respectfully submitted,

                                                               Leigh Law LLC
                                                               Post Office Box 21514
                                                               Little Rock, Arkansas 72221
                                                               501.227.7627
                                                               v@leigh-law.com

                                By: _____/s/ Victoria Leigh_____

                           VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have filed the above with the electronic filing system and the following will be served via email this 6th day of May, 2013:

    Mixon Law Firm - Rebecca Worsham  
    Post Office Box 1442  
    Jonesboro, Arkansas 72403          __/s/ Victoria Leigh_____  
                                                  Victoria Leigh