IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRANDON SCROGGIN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:12-cv-00128-SWW |
| | * | |
| | * | |
| CREDIT BUREAU OF JONESBORO, | * | |
| INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff's motion [doc.#28] for leave to file a reply brief in opposition to defendant's motion to dismiss and for an order of civility is hereby granted. Plaintiff is given up to and including May 10, 2013, in which to file his reply brief.

IT IS SO ORDERED this 7th day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE