

# LEIGH LAW
A Limited Liability Company

## ROARING TO THE RESCUE

Victoria Leigh, attorney
v@leigh-law.com
roar@leigh-law.com

501.227.ROAR (office)
501.492.6581 (office)
501.227.7628 (fax)

---

January 3, 2013

Donn Mixon
Mixon Law Firm                                    *via fax: 870.935.8622*
505 Union Street
P. O. Box 1442
Jonesboro, AR 72403

**Re:   Scroggin v. Credit Bureau of Jonesboro, Inc.
       3:12-CV00128-SWW**

Mr. Mixon:

I have been very patient and courteous in my attempts to contact Ms. Worsham and now you the past few weeks.  Despite at least five messages I've left with your secretary I have yet to receive a return phone call from either of you.

Several weeks ago, Ms. Worsham asked me to discuss possible deposition dates, but it is impossible to schedule a mutually agreeable time if my phone calls go unreturned.  I, too, have some issues I'd like to discuss with you regarding this case; which is, again, impossible, if I cannot speak with opposing counsel.

I did manage to speak with you last Friday with your promise to call me back that afternoon with a status from your client regarding settlement.

Your lack of professionalism is *incredibly frustrating*.  I will not attempt to contact you again. My next communication will be with the Court. If I have to approach a federal judge regarding your considerable lack of communication, I don't think either of us will be viewed favorably.  I absolutely do not want to involve the Court but you are leaving me with few options other than to do so.

I do not want to have hard feelings; I understand that attorneys get busy, particularly when the case in question is not considered important by opposing counsel, but I think we can work this out and get it off both our desks.  I would very much appreciate it if you would call me *today*.

Victoria Leigh

---