UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                          PLAINTIFF

VS.                        3:12-CV00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                DEFENDANTS

## PRE TRIAL DISCLOSURE SHEET

Comes now Plaintiff, Brandon Scroggin, by and through Leigh Law LLC, and hereby files his Pre Trial Disclosure Sheet:

1. Brandon Scroggin, Plaintiff.

2. Victoria Leigh, of Leigh Law LLC, Post Office Box 21514, Little Rock, Arkansas 72221, office: 501.227.7627.

3. Plaintiff is suing for violations of the Fair Debt Collections Practices Act and other related consumer protection statutes.

4. Prospects for settlement are not good; Plaintiff is amenable to settlement, but Defendant's counsel has not contacted Plaintiff's counsel since the Court's decision on their Motion for Civility and to Dismiss. Plaintiff is open to a Settlement Conference if Defendant thinks it would be helpful or if the Court orders it.

5. Jurisdiction is by federal question. To Plaintiff's knowledge, there are no objections to jurisdiction.

6. There are no pending motions.

7. On March 5, 2012, Brandon Scroggin received a debt collection letter from the Defendant, which is a debt collector. On March 26, 2012, Brandon Scroggin, sent the debt collector a reply to their debt collection letter and in the reply put the debt collector on notice that he refused to pay this debt. When Mr. Scroggin put the debt collector on notice that he refused to pay the debt, this put into place a cease communications directive under the FDCPA.  In other words, by law, except under specifically defined exceptions the debt collector was not legally allowed to contact Mr. Scroggin by phone, mail, or any other means.  The cease communications directive is found under 15 U.S.C. 1692c(c). On April 12, 2012, the defendant called Mr. Scroggin in an attempt to collect the debt which he refused to pay and in which he had issued the cease communications directive. The defendant left a voice message for Mr. Scroggin which was also heard by a third party, Kirby Wilson, and the nature of the call was not one of the strictly defined narrow exceptions to the cease communications directive. The defendant on the phone message also did not leave the required disclosures that are required by Arkansas state law even if the phone call would have been a legal communication. On May 10, 2012, the defendant sent another collection letter to the Plaintiff, further violating the cease communications directive and further violating the FDCPA.  The collection letter was not one of the narrow and strictly defined exceptions to the cease communications directive. Lastly, during the time Plaintiff was attempting to collect this debt, Plaintiff's license had been revoked by the Arkansas Debt Collector's Licensing Board.

8. There are no proposed stipulations.

9. The facts are not in dispute.   The Defendant had the Plaintiff read the letters into the record at the deposition.   The Defendant does not dispute the phone calls or letters.

10. The Defendant is disputing the applicability of the FDCPA because they allege the Plaintiff is not the least sophisticated consumer, the FDCPA does not protect him due to his status as a sophisticated consumer and if there were any illegal conduct or misapplication of the FDCPA or errors in law or judgment they were bona fide errors and therefore they are not liable for any violations even if they were made.

11. Exhibits include the letters sent by Defendant and recordings of voice messages left by a representative of Defendant. They may be used in opening and/or closing and will be submitted into evidence.

12. Witnesses are

   a. Doctor J. Timothy Hodges, MD.,
      11215 Hermitage Rd, Suite 105
      Little Rock, AR 72221                Likely to call

   b. Roger Allen Ruston
      1300 Skyline Drive
      Russellville, AR 72801
      479.970.7200                         May call

   c. Michael Piercy
      26 Sturbridge Court
      Little Rock, AR 72223
      501.678.2234                         May call

   d. Grayson Blake
      526 West Monroe
      Jonesboro, Arkansas 72401
      870.219.1477                         May call

   e. Ashley Mildred

      1325   24th
Walnut Ridge, AR 72476
870.637.4824                               May call

  f.  Kirby Wilson
     1321 Turner Street Apt "A"
     Jonesboro, AR 72401                Will call
     870-926-2449

13. Discovery is completed.

14. A one day trial should be sufficient for this matter.

                              Respectfully submitted,

                              Leigh Law LLC
                              Post Office Box 21514
                              Little Rock, Arkansas 72221
                              501.658.3108
                              v@leigh-law.com or vleigh7@gmail.com

By:__/s/ Victoria Leigh_____

VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have filed this via the electronic filing system which will notify counsel for Plaintiff on the 14th day of June, 2013.

   Mixon Law Firm - Rebecca Worsham
   Post Office Box 1442
   Jonesboro, Arkansas 72403              ___/s/ Victoria Leigh_____
                                            Victoria Leigh