**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRANDON SCROGGIN**                                              **PLAINTIFF**

**VS.**                                 **3:12-CV00128-SWW**


**CREDIT BUREAU OF JONESBORO, INC.**                  **DEFENDANTS**


**PRE TRIAL DISCLOSURE SHEET**

Comes now Plaintiff, Brandon Scroggin, by and through Leigh Law LLC, and

hereby files his Pre Trial Disclosure Sheet:

1.  Brandon Scroggin, Plaintiff.

2.  Victoria Leigh, of Leigh Law LLC, Post Office Box 21514, Little Rock, Arkansas

72221, office: 501.227.7627.

3.  Plaintiff is suing for violations of the Fair Debt Collections Practices Act and other

related consumer protection statutes.

4.  Prospects for settlement are not good; Plaintiff is amenable to settlement, but

Defendant's counsel has not contacted Plaintiff's counsel since the Court's decision on

their Motion for Civility and to Dismiss. Plaintiff is open to a Settlement Conference if

Defendant thinks it would be helpful or if the Court orders it.

5.  Jurisdiction is by federal question. To Plaintiff's knowledge, there are no

objections to jurisdiction.

6.  There are no pending motions.

7. On March 5, 2012, Brandon Scroggin received a debt collection letter from the Defendant, which is a debt collector. On March 26, 2012, Brandon Scroggin, sent the debt collector a reply to their debt collection letter and in the reply put the debt collector on notice that he refused to pay this debt. When Mr. Scroggin put the debt collector on notice that he refused to pay the debt, this put into place a cease communications directive under the FDCPA.   In other words, by law, except under specifically defined exceptions the debt collector was not legally allowed to contact Mr. Scroggin by phone, mail, or any other means.   The cease communications directive is found under 15 U.S.C. 1692c(c). On April 12, 2012, the defendant called Mr. Scroggin in an attempt to collect the debt which he refused to pay and in which he had issued the cease communications directive. The defendant left a voice message for Mr. Scroggin which was also heard by a third party, Kirby Wilson, and the nature of the call was not one of the strictly defined narrow exceptions to the cease communications directive. The defendant on the phone message also did not leave the required disclosures that are required by Arkansas state law even if the phone call would have been a legal communication. On May 10, 2012, the defendant sent another collection letter to the Plaintiff, further violating the cease communications directive and further violating the FDCPA.   The collection letter was not one of the narrow and strictly defined exceptions to the cease communications directive. Lastly, during the time Plaintiff was attempting to collect this debt, Plaintiff's business license had been revoked by the Arkansas Secretary of State's office.

8. There are no proposed stipulations.

9. The facts are not in dispute.    The Defendant had the Plaintiff read the letters into the record at the deposition.   The Defendant does not dispute the phone calls or letters.

10. The Defendant is disputing the applicability of the FDCPA because they allege the Plaintiff is not the least sophisticated consumer, the FDCPA does not protect him due to his status as a sophisticated consumer and if there were any illegal conduct or misapplication of the FDCPA or errors in law or judgment they were bona fide errors and therefore they are not liable for any violations even if they were made.

11. Exhibits include the letters sent by Defendant and recordings of voice messages left by a representative of Defendant. They may be used in opening and/or closing and will be submitted into evidence.

12. Witnesses are

     a.  Doctor J. Timothy Hodges, MD.,
        11215 Hermitage Rd, Suite 105
        Little Rock, AR 72221          Likely to call

     b.  Roger Allen Ruston
        1300 Skyline Drive
        Russellville, AR 72801
        479.970.7200          May call

     c.  Michael Piercy
        26 Sturbridge Court
        Little Rock, AR 72223
        501.678.2234          May call

     d.  Grayson Blake
        526 West Monroe
        Jonesboro, Arkansas 72401
        870.219.1477          May call

     e.  Ashley Mildred

1325   24th
Walnut Ridge, AR 72476
870.637.4824                                             May call


f.  Kirby Wilson
    1321 Turner Street Apt "A"
    Jonesboro, AR 72401                                 Will call
    870-926-2449

13.  Discovery is completed.

14. A one day trial should be sufficient for this matter.

                                    Respectfully submitted,


                                    Leigh Law LLC
                                    Post Office Box 21514
                                    Little Rock, Arkansas 72221
                                    501.658.3108
                                    v@leigh-law.com or vleigh7@gmail.com
                       By:__/s/ Victoria Leigh_____

                       VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have filed this via the electronic filing system
which will notify counsel for Plaintiff on the 14th day of June, 2013.


    Mixon Law Firm - Rebecca Worsham
    Post Office Box 1442
    Jonesboro, Arkansas 72403        ___/s/ Victoria Leigh_____
                                            Victoria Leigh