

correction to docket
Leigh Law
to:
clerksoffice
06/14/2013 03:29 PM
Sent by:
vleigh7@gmail.com
Hide Details
From: Leigh Law <v@leigh-law.com>
To: clerksoffice@ared.uscourts.gov,
Sent by: vleigh7@gmail.com

1 Attachment


Pre trial Disclosure sheet2.pdf

Case: 3:12-00128, Scroggin v. Credit Bureau of Jonesboro

I just filed Document #33 and then saw a ridiculous typo in paragraph 7. I've attached the correct version. Please add this to the docket with a note.

Please confirm receipt.

Thank you!

Tori

--
**Leigh Law**
**Roaring to the Rescue**

**Victoria Leigh,** *esquire*
**501.227.ROAR (office)**
**501.658.3108 (cell)**
**v@leigh-law.com**
**leigh-law.com**

**Mailing Address:**
**Post Office Box 21514**
**Little Rock, Arkansas 72221**

**Physical Address:**
**2024 Arkansas Valley Drive #608**
**Little Rock, Arkansas 72212**

**NOTICE: Please do not print this e-mail unless necessary. If you must, please recycle. This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission**

in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email at [v@leigh-law.com](mailto:v@leigh-law.com) or by calling Leigh Law at 501.227.7627 so that our record can be corrected.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.