IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN,                                                    PLAINTIFF

V.                                      NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                            DEFENDANT

DEFENDANT'S PRETRIAL DISCLOSURE SHEET

1.      The identity of the party submitting information.

        **Answer:**      Defendant, Credit Bureau of Jonesboro, INC.

2.      The names, addresses, and telephone numbers of all counsel for the party.

        **Answer:**      Donn Mixon and Rebecca Worsham
                         505 Union, P.O. Box 1442
                         Jonesboro, Arkansas 72403
                         870.935.8600; 870.935.8622 (fax)
                         dmixon@mixonlawfirm.com
                         rworsham@mixonlawfirm.com

3.      A brief summary of claims and relief sought.

        **Answer:**      Plaintiff sued Defendant for alleged violations of the Fair Debt

Collection Practices Act (FDCPA), Arkansas Fair Debt Collection Practices Act

(AFDCPA), Arkansas Collection Agency Act, and the Arkansas Deceptive Trade

Practices Act (ADTPA). Plaintiff is seeking statutory damages in the amount of

$1,000.00 under both the FDCPA and AFDCPA. Plaintiff is seeking actual damages

in the form of emotional damages under the FDCPA, AFDCPA, and ADTPA.

Plaintiff is seeking attorney's fees and costs.

4.      Prospects for settlement.

**Answer:**   Defendant has recently offered Plaintiff a reasonable offer of judgment.

5.   The basis for jurisdiction and objections to jurisdiction.

**Answer:**   Federal Question. There are no objections to jurisdiction.

6.   A list of pending motions.

**Answer:**   None.

7.   A concise summary of the facts.

**Answer:**   On or about October 4, 2011, Plaintiff received medical services from the St. Bernard's Health Center ("original creditor") in Jonesboro, Arkansas. Plaintiff did not pay the original creditor for its services. To recover payment for its services, the original creditor hired Defendant, a collection agency, to attempt to collect payment from Plaintiff. On or about February 28, 2012, Defendant sent a letter to Plaintiff to certify the account. On or about March 30, 2012, Defendant received a letter from Plaintiff stating that he refused to pay the debt because he did not think that he owed the amount since he was only at the hospital for about an hour and a half. The same day Defendant verified with the original creditor that Plaintiff owed the amount. An itemized statement was then sent to Plaintiff verifying the amount of the debt. Defendant marked Plaintiff's account as disputed for credit reporting purposes. On April 27, 2012, Defendant called Plaintiff to discuss payment options and left a voicemail. On May 8, 2012, a second letter was sent to Plaintiff stating that he was in default of the debt.

8.   All proposed stipulations.

**Answer:**       Defendant has no proposed stipulations.

9.    The issues of fact expected to be contested.

    **Answer:**

    (1).    Whether Plaintiff suffered any actual damages?

    (2).    Whether Defendant's alleged violation of the FDCPA was intentional, frequent, or minor or caused by a bona fide error?

10.    The issues of law expected to be contested.

    **Answer:**

    (1).    Whether Plaintiff has any private cause of action under the Arkansas Collection Agency Act or the Arkansas Deceptive Trade Practices Act?

11.    A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence. Separately designate those documents and exhibits which the party expects to offer and those which the party may offer.

    **Answer:**

    (1).    Defendant may use any of the exhibits that were attached to its previous motion or reply.

    (2).    Defendant will use portions of Plaintiff's deposition.

    (3).    Defendant will use all of Plaintiff's online posts authored by "coltfan1972" identified in its motion or reply.

    (4).    Defendant will use the affidavit authored and filed by Plaintiff (Doc. 30-2).

    (5).    Defendant may use any of Plaintiff's online posts authored by "coltfan1972" contained on the website www.debtorboards.com.

    (6).    Defendant may use Plaintiff's medical records obtained from the original creditor or Dr. Timothy Hodges.

12.    The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.

    **Answer:**    Defendant will call the following witnesses:

    (1).    Brandon Scroggin, Plaintiff.

    (2).    Rusty Guinn, Owner of CBJ, Inc.
    109 E. Jackson, Jonesboro, AR 72401    870-932-6699

    (3).    Dianne Jenkins, VP of Collection Division of CBJ, Inc.
    109 E. Jackson, Jonesboro, AR 72401    870-932-6699

    (4).    Paula Chapman, Employee of CBJ, Inc.
    Alias name for debt collection purposes is Allie Paul.
    109 E. Jackson, Jonesboro, AR 72401    870-932-6699

    (5).    Tiffany Elsperman, Employee of CBJ, Inc.
    109 E. Jackson, AR 72401   870-932-6699

    (6).    If Defendant decides to introduce any of Plaintiff's medical records, then it will call an appropriate witness to authenticate such records.

    (7).    Defendant may call any of Plaintiff's witnesses.

13.    The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.

    **Answer:**    Discovery is complete.

14.     An estimate of the length of trial and suggestions for expediting disposition of the

action.

**Answer:**     1-2 days.


Respectfully Submitted,

**MIXON LAW FIRM**
**Attorneys for Defendant**
505 Union Street
P.O. Box 1442
Jonesboro, AR 72403
(870) 935-8600
(870) 935-8622
rworsham@mixonlawfirm.com
dmixon@mixonlawfirm.com


By:/s/ Rebecca Worsham
    Rebecca Worsham, 2009260
    Donn Mixon, 76079


CERTIFICATE OF SERVICE

I, Rebecca Worsham, certify that a copy of the above and foregoing pleading has
been served by via electronic mail to counsel for Plaintiff, Victoria Leigh, at v@leigh-
law.com and roar@leigh-law.com on June 14, 2013.

/s/ Rebecca Worsham
Rebecca Worsham

5