IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRANDON SCROGGIN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:12-cv-00128-SWW |
| | * | |
| | * | |
| CREDIT BUREAU OF JONESBORO, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

On June 14, 2013, both parties filed pre-trial disclosure sheets [doc.#'s 33, 35]. Regarding the prospects for settlement, defendant states it has recently offered plaintiff a reasonable offer of judgment, while plaintiff states he is amendable to settlement but that defendant's counsel has not contacted plaintiff's counsel since the Court's Order on defendant's motion for civility and to dismiss. It appears the parties are talking past each other. In any case, the Court notes that plaintiff states he is open to a settlement conference if defendant thinks it would be helpful or if the Court orders it. The Court notifies the parties that it requires both parties to agree to a settlement conference before such a conference is conducted.

IT IS SO ORDERED this 17th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE