**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BRANDON SCROGGIN                                                                                    PLAINTIFF

VS.                                            3:12-CV00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                                DEFENDANTS

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW, Brandon Scroggin, Plaintiff, by and through his attorney, Leigh Law LLC, for his Motion in Limini and respectfully states:

1. Discovery in this case has developed that Defendant may mention or argue to prospective jurors or jurors ultimately selected in this cause the Plaintiff's criminal history.

2. This cause was brought for violations of the *Fair Debt Collections Practices Act* §15 US. C. 1692 *et seq* (hereinafter "FDCPA"), *Arkansas Fair Debt Collections Practice Act,* A.C.A. §17-24-501 *et seq* (hereinafter "AFDCPA"), *Arkansas Collection Agency Act*, A.C.A. §17-24-101 *et seq* (hereinafter "ACAA"), and the *Arkansas Deceptive Trade Practices Act,* A.C.A. §4-88-101 *et seq* (hereinafter "ADTPA").

3. These statutes are strict liability statutes and the Plaintiff's criminal history is irrelevant to the question of Defendant's violations of said statutes.

4. Plaintiff's criminal history would prejudice the jury against him.

5. Plaintiff's criminal history being revealed to the jury would cause irreparable harm to Plaintiff's case.

6. Please see accompanying brief for further argument.

Wherefore, Plaintiff prays the Court grant his Motion in Limine regarding his prior criminal history, and for all other relief to which he has shown himself entitled.

                                        Respectfully submitted,

                                        Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 72221
501.227.7627
v@leigh-law.com

By: \_\_\_\_/s/ Victoria Leigh_____

VICTORIA LEIGH

**CERTIFICATE OF SERVICE**

I, Victoria Leigh, do hereby certify that I have filed the above with the electronic filing system and the following will be served via email this 12th day of July, 2013:

Mixon Law Firm - Rebecca Worsham
Post Office Box 1442
Jonesboro, Arkansas 72403       \_\_/s/ Victoria Leigh_____
                                            Victoria Leigh