**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BRANDON SCROGGIN                                                                          PLAINTIFF

VS.                                            3:12-CV00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                          DEFENDANTS

**PLAINTIFF'S MOTION IN LIMINE**

COMES NOW, Brandon Scroggin, Plaintiff, by and through his attorney, Leigh Law LLC, for his Motion in Limini and respectfully states:

1. Discovery in this case has developed that Defendant may mention or argue to prospective jurors or jurors ultimately selected in this cause the validity of the underlying debt.

2. This cause was brought for violations of the *Fair Debt Collections Practices Act* §15 US. C. 1692 *et seq* (hereinafter "FDCPA"), *Arkansas Fair Debt Collections Practice Act,* A.C.A. §17-24-501 *et seq* (hereinafter "AFDCPA"), *Arkansas Collection Agency Act*, A.C.A. §17-24-101 *et seq* (hereinafter "ACAA"), and the *Arkansas Deceptive Trade Practices Act,* A.C.A. §4-88-101 *et seq* (hereinafter "ADTPA").

3. These statutes are strict liability statutes and the validity of the underlying debt is irrelevant. This case is about whether Defendant broke the law in attempting to collect a debt. The focus is on the actions of Defendant.

4. The very narrow comment in Plaintiff's Exhibit 2 will be read, but Defendant should not be allowed to expand on whether the debt is valid or enter into evidence exhibits pertaining to the underlying debt such as medical records or the testimony of anyone from Saint Bernard's Hospital.

5. If allowed, the arguments regarding the validity of the debt would confuse the jury and cloud the issue, which is the actions of Defendant in collecting a debt.

6. If allowed the arguments regarding validity of the debt would unnecessarily lengthen the trial and cause irreparable harm to Plaintiff's case.

7. Please see accompanying brief for further argument.

Wherefore, Plaintiff prays the Court grant his Motion in Limine and for all other relief to which he has shown himself entitled.

>
> Respectfully submitted,
>
> Leigh Law LLC
> Post Office Box 21514
> Little Rock, Arkansas 72221
> 501.227.7627
> v@leigh-law.com
>
> By:     /s/ Victoria Leigh
>
> VICTORIA LEIGH

**CERTIFICATE OF SERVICE**

I, Victoria Leigh, do hereby certify that I have filed the above with the electronic filing system and the following will be served via email this 14th day of July, 2013:

Mixon Law Firm - Rebecca Worsham
Post Office Box 1442
Jonesboro, Arkansas 72403          /s/ Victoria Leigh
                                           Victoria Leigh