COURT'S INSTRUCTION NO. 10 **

*D's proffer instruction* ~~[struck through]~~

## BONA FIDE ERROR RULE

A debt collector may not be held liable in any action brought under the FDCPA or the AFDCPA if the debt collector shows by a preponderance of the evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

[The term "bona fide error" means any inadvertent error, made in good faith.

The term [phrase] "procedures reasonably adapted to prevent that specific error" [avoid any such error] means reasonable precautions designed to avoid the specific error alleged, but does not require the debt collector to maintain elaborate procedures."

15 U.S.C. § 1692k(c); Ark. Code Ann. §17-24-512(c); *Wilhelm v. Credico, Inc.*, 519 F.3d 416, 420-421 (8th Cir. 2008); *Thomas v. Consumer Adjustment Co., Inc.*, 579 F.Supp.2d 1290, 1294-95 (E.D. Mo. 2008).

+ ~~make an offer proffer~~