Can Brandon Scroggin appeal this case regardless of how much we award (if any) in statutory and/or actual damages?

*James Dowell*
*Clark Phillips*
*[signature] Cater*
*[signature]*
*[signature]*
*Jennifer Drewsdale*
*Deborah Orr*
*Henry [signature]*
*Norma [signature]*
*Bradford Bruce*
*Sheri Douglas*

The jury should not be concerned with appeals. Either side may appeal rulings by the judge.

*Susan Webber Wright*
7-16-13
3:56 pm