# VERDICT FORM

1. Did defendant Credit Bureau of Jonesboro, Inc. contact plaintiff Brandon Scroggin after it received a written cease and desist order from the plaintiff?

Yes  X   No _____



Foreman _____   Date 07/16/2013

2. Did defendant Credit Bureau of Jonesboro, Inc. communicate to a third party that plaintiff Brandon Scroggin owed a past-due debt?

Yes  X   No _____



Foreman _____   Date 07/16/2013

**Note: complete paragraphs three and four only if you answered "yes" to either of the above questions. If your answer is "no" to both above questions, proceed to questions five and six.**

3. We, the jury, assess actual damages in the favor of plaintiff Brandon Scroggin in the amount of: $ __none ø__ (stating the amount or, if none, write the word "none").

Foreman _____   Date 07/16/2013

4. We, the jury, assess statutory damages in the favor of plaintiff Brandon Scroggin in the amount of: $ ___none 0___ (stating the amount or, if none, write the word "none." Note: you may not award more than $1,000 in statutory damages under the FDCPA and $1,000 in statutory damages under the AFDCPA).

_[signature]_     07/16/2013
Foreman     Date

5. Did plaintiff Brandon Scroggin bring this lawsuit in bad faith?

Yes _X_ No _____

_[signature]_     07/16/2013
Foreman     Date

6. Did plaintiff Brandon Scroggin bring this lawsuit for the purpose of harassment?

Yes _____ No _X_

_[signature]_     07/16/2013
Foreman     Date

-2-