UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON SCROGGIN**                                                    **PLAINTIFF**

VS.                               **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**                          **DEFENDANTS**

### PLAINTIFF'S EXHIBIT LIST

1. The collection letters sent to Plaintiff by Defendant.
2. The recording of the phone call from "Ally."

### PLAINTIFF'S WITNESS LIST

1. Brandon Scroggin, Plaintiff.

2. Kirby Wilson, Kirby Wilson, 1321 Turner Street Apt "A," Jonesboro, AR 72401
   870-926-2449

                                          Respectfully submitted,

                                          Leigh Law LLC
                                          Post Office Box 21514
                                          Little Rock, Arkansas 72221
                                          501.658.3108
                                          v@leigh-law.com or
                                          vleigh7@gmail.com

                                          By: /s/ Victoria Leigh

### CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have filed this via the electronic filing system which will notify counsel for Plaintiff on the 9th day of July, 2013.

   Mixon Law Firm - Rebecca Worsham
   Post Office Box 1442
   Jonesboro, Arkansas 72403                /s/ Victoria Leigh
                                            Victoria Leigh