UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                                                    PLAINTIFF

VS.                          3:12-CV00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                          DEFENDANT

## PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST

*Rec*

✓ 1.  First Debt Collection Letter (from CBJ) February 27, 2012

✓ 2.  Refusal to Pay Letter March 26, 2012

✓ 3.  Green Card showing CBJ received the letter

✓ 4.  Phone call recording – April 27, 2012

✓ 5.  Second Debt Collection Letter (from CBJ) May 8, 2012

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 72221
501.227.7627
v@leigh-law.com

By:_____/s/ Victoria Leigh_____

7-16-2013
To Jury:

7-16-2013
Returned: