IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                                    PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                                    DEFENDANT

## DEFENDANT'S TRIAL EXHIBIT LIST

Rec.

✓ 1. Credit Info. Center.com ("CIC") topic created by Coltfan1972 on April 27, 2012 and titled "You've Got To Be Kidding Me, You're Going To Violate a C&D Letter From Me? THANKS !!!"

✓ 2. CIC topic created by Coltfan1972 on April 29, 2012 and titled "Arguing Unclean Hands Against A Collector, But Not As An Affirmative Defense."

✓ 3. CIC topic created by Coltfan1972 on May 4, 2012 and titled "Rebuttal to collectors attempts to disclaim third party disclosure liability."

✓ 4.. CIC topic created by Coltan1972 on June 6, 2012 and titled "Amending Federal Lawsuit."

✓ 5. CIC topic created by Coltfan1972 on November 2, 2012 and titled "Let the Games Begin- They Want to Depose Me, YES!!!!!!!!!!"

✓ 6.. CIC posts authored by Coltfan1972 from December 24, 2012-March 2, 2013.

✓ 7. CIC posts authored by Coltfan1972 from March 4, 2013-April 2, 2013.

✓ 8.. CIC posts authored by Coltfan1972 from November 2, 2012-December 24, 2012.

✓ 9. CIC posts authored by Coltan1972 from October 25, 2012-November 12, 2012.

✓ 10. CIC posts authored by Coltfan1972 from October 14, 2012-October 25, 2012.

✓ 11. CIC posts authored by Coltfan1972 from September 28, 2012-October 14, 2012.

✓ 12.. Debtorboards.com ("DB") posts authored by Coltfan1972 from June 17, 2013-July 7, 2013.

✓ 13. DB posts authored by Coltfan1972 from May 18, 2013-June 16, 2013.

✓ 14. DB posts authored by Coltfan1972 from April 11, 2013-May 10, 2013.

✓ 15. DB posts authored by Coltfan1972 from May 8, 2011-September 6, 2011.

✓ 16. DB posts authored by Coltfan1972 from August 26, 2011-September 6, 2011.

✓ 17. DB posts authored by Coltfan1972 from August 15, 2011-August 26, 2011.

✓ 18. DB posts authored by Coltfan1972 from August 2, 2011-August 15, 2011.

✓ 19. DB posts authored by Coltfan1972 from July 21, 2011-August 2, 2011.

✓ 20. DB posts authored by Coltfan1972 from July 8, 2011-July 21, 2011.

✓ 21. DB posts authored by Coltfan1972 from June 23, 2011-July 8, 2011.

✓ 22. DB posts authored by Coltfan1972 from June 11, 2011-June 22, 2011.

✓ 23. DB posts authored by Coltfan1972 from May 30, 2011-June 11, 2011.

✓ 24. DB posts authored by Coltfan1972 from May 9, 2011-May 29, 2011.

✓ 25. DB posts authored by Coltfan1972 from April 21, 2011-May 8, 2011.

✓ 26. DB posts authored by Coltfan1972 from April 7, 2011-April 21, 2011.

✓ 27. DB posts authored by Coltfan1972 from March 18, 2011-April 7, 2011.

✓ 28. DB posts authored by Coltfan1972 from June 1, 2010-March 17, 2011.

✓ 29. DB posts authored by Coltfan1972 from July 19, 2008-June 1, 2010.

✓ 30. DB posts authored by Coltfan1972 from September 29, 2007-July 19, 2008.

31. Deposition of Plaintiff taken on March 2, 2013.

32. Plaintiff's Affidavit.

33. Plaintiff's medical records from the original creditor.

✓ 34. Print-out of events contained in the Defendant's computer system.

35. . Collection letters that were sent to the Plaintiff.

36. · Recording of Phone Call that Plaintiff received from Defendant on April 27, 2012.

√37. emails to opposing counsel.

                                                Respectfully Submitted,

                                                MIXON LAW FIRM
Attorneys for Defendant
P.O. Box 1442
Jonesboro, Arkansas 72403
870.935.8600, 870.935.8266(f)
rworsham@mixonlawfirm.com

By: /s/ Rebecca Worsham
     Rebecca Worsham 2009260

### CERTIFICATE OF SERVICE

I, Rebecca Worsham, certify that a copy of the above and foregoing pleading and the exhibits described therein have been served by via electronic mail to counsel for Plaintiff, Victoria Leigh, at v@leigh-law.com and roar@leigh-law.com on July 8, 2013.

                                                /s/ Rebecca Worsham
                                                Rebecca Worsham

To Jury:

DX 1-3, 5, 7, 10, 11, 14, 15, 18, 21, 55, 27, 28, 29, 30, 37, 34

*[signed]* Rworsham

*[signed]* Kleigh

7-16-2013
Returned: *[signed]* Rworsham

3