IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN                                   PLAINTIFF

CASE NO. 3:12-CV-00128-SWW

CREDIT BUREAU OF JONESBORO, INC.                DEFENDANT

### DEFENDANT'S TRIAL WITNESS LIST

✓ (1).     Brandon Scroggin, Plaintiff.

✓ (2).     Rusty Guinn, Owner of CBJ, Inc.
           109 E. Jackson, Jonesboro, AR 72401     870-932-6699

✓ (3).     Dianne Jenkins, VP of Collection Division of CBJ, Inc.
           109 E. Jackson, Jonesboro, AR 72401     870-932-6699

(4).     Paula Chapman, Employee of CBJ, Inc.
           Alias name for debt collection purposes is Allie Paul.
           109 E. Jackson, Jonesboro, AR 72401     870-932-6699

(5).     Tiffany Elsperman, Employee of CBJ, Inc.
           109 E. Jackson, AR 72401     870-932-6699

(6).     If Defendant decides to introduce any of Plaintiff's medical records, then it will call an appropriate witness to authenticate such records.

(7).     Defendant may call any of Plaintiff's witnesses.