IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN,             *
                                 *
             Plaintiff,      *
vs.                        *       No. 3:12-cv-00128-SWW
                                 *
                                 *
CREDIT BUREAU OF JONESBORO,  *
INC.,                               *
                                 *
            Defendant.    *

## JUDGMENT

Pursuant to the Jury Verdict delivered in the above-entitled action on July 16, 2013, it is Considered, Ordered, and Adjudged that (1) plaintiff Brandon Scroggin prevailed on his claim that defendant Credit Bureau of Jonesboro, Inc. twice violated the Fair Debt Collection Practices Act (FDCPA) and the Arkansas Fair Debt Collection Practices Act (AFDCPA), (2) plaintiff Brandon Scroggin is awarded no damages–either actual or statutory–for defendant Credit Bureau of Jonesboro, Inc.'s violations of the FDCPA and AFDCPA, (3) defendant Credit Bureau of Jonesboro, Inc. prevailed on its claim that plaintiff Brandon Scroggin brought this action in bad faith, and (4) plaintiff Brandon Scroggin prevailed on defendant Credit Bureau of Jonesboro, Inc.'s claim that he brought this action for the purpose of harassment.

IT IS SO ORDERED this 18th day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE