FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 09 2013

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN

        PLAINTIFF

vs                               No. 3:12-cv-00128-SWW

CREDIT BUREAU OF JONESBORO
INC.,

        DEFENDANT

## PLAINTIFF'S NOTIFICATION THAT VICTORIA LEIGH AND THE LEIGH LAW FIRM NO LONGER REPRESENT THE PLAINTIFF IN THE ABOVE CAPTIONED MATTER AND THE PLAINTIFF IS PROCEEDING PRO-SE

Comes now the Plaintiff, Brandon Scroggin, Pro-Se and states; this action was originally filed by the Plaintiff Pro-Se, later the Plaintiff retained the services of Victoria Leigh and the Leigh Law Firm.

Ms. Leigh entered an appearance and represented the Plaintiff the remainder of the case including trial.

On or about the date of August 3, 2013, Plaintiff called and emailed Ms. Leigh and advised her by message that her services were no longer needed and that she was being relieved of her duties (fired).

Ms. Leigh, on the date of August 8, 2013, returned Plaintiff's messages, stated she had been out of state and was withdrawing as attorney of record for the Plaintiff.

Ms. Leigh advised that on the date of August 9, 2013, she was filing notice with the court that she was no longer the attorney of record for the Plaintiff.

Plaintiff now serves notice on this Honorable Court, Ms. Rebecca Worsham, attorney for the Defendant and the Mixon Law Firm that the Plaintiff is now proceeding Pro-Se, is not retaining private

counsel, respectfully requests all communications and pleadings from the defense by directed to the Plaintiff and email communication and notification is acceptable to the email address of acsscroggin@gmail.com, and that the Court direct the clerk of the court to enter an order that as of August 9, 2013, Brandon Scroggin in a Pro-Se capacity is now the attorney of record for the Plaintiff and to direct all communications from the Court to Brandon Scroggin.

Respectfully Submitted this 9th day of August 2013.

Brandon Scroggin
Pro-Se
acsscroggin@gmail.com

I, Brandon Scroggin, do hereby certify that a copy of this notification has been emailed to Ms. Rebecca Worsham, attorney for the Defendant to the email address of rworsham@mixxonlaw.com and to Mr. Donn Mixon of the Mixon Law Firm to the email address of dmixon@mixxonlaw.com on the date of August 8th 2013 with notification that the pleading was being to sent to the clerk of the Court on August 9th, 2013.