UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON SCROGGIN**                                  **PLAINTIFF**

VS.                               **3:12-CV00128-SWW**

**CREDIT BUREAU OF JONESBORO, INC.**             **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW, Victoria Leigh, of Leigh Law LLC, the attorney of record for the Plaintiff, and for her Motion to Withdraw, states:

      1.     Pursuant to Rule 1.16 of the Arkansas Rules of Professional Conduct for lawyers, and for other good cause, Petitioner should be allowed to withdraw.

      2.     Specifically, Petitioner should be allowed to withdraw pursuant to Rule 1.16(b)(1)(7).

      3.     Plaintiff has requested Counsel withdraw so he may proceed pro se in the remaining pending matters.

      4.     Petitioner has taken reasonable steps necessary to prevent prejudice to Plaintiffs' rights.

      5.     Petitioner's withdrawal will not materially adversely affect Plaintiffs' rights.

      6.     Petitioner has complied with Rule 64 of the Arkansas Rules of Civil Procedure by giving due notice to Plaintiffs and allowing time for employment of new counsel.

7. Petitioner stands ready to tender all papers and property to which Plaintiff is entitled or to Plaintiff's new counsel.

8. Petitioner has informed Plaintiffs of all upcoming deadlines and dates related to this case.

Wherefore, Petitioner prays this Court grant Petitioner her request to withdraw as attorney of record and for all other relief to which she has shown herself entitled.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 72221
501.227.7627 office
501.227.7628 fax

By:   ___/s/ Victoria Leigh_____
        Victoria Leigh ABN: 2011257

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have served a true and correct copy of the foregoing via first class mail this 12th day of August, 2012 to the following:

Mixon Law Firm - Rebecca Worsham
Post Office Box 1442
Jonesboro, Arkansas 72403          _/s/ Victoria Leigh_____
                                     Victoria Leigh