FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 12 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON SCROGGIN

    PLAINTIFF

vs                                     No. 3:12-cv-00128-SWW

CREDIT BUREAU OF JONESBORO
INC.,

    DEFENDANT

## MOTION TO EXTEND THE TIME TO REPLY TO DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS AND TO EXTEND THE TIME TO FILE POST TRIAL MOTIONS BASED ON THE DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS

Comes now the Plaintiff, Brandon Scroggin, Pro-Se, and respectfully moves this Court to extend the time which the Plaintiff has to file his response to Defendant's motion for attorney fees and costs, and to also extend the time the Plaintiff has to file post trial motions based on the Defendant's motion for attorney fees and costs.

Plaintiff's request is legitimate and not made for the purposes of unnecessary delay and is further discussed in the accompanying brief in support of Plaintiff's motion to extend the time to reply to Defendant's motion for attorney fees and costs.

Plaintiff has made a good faith effort to secure Ms. Washburn's lack of objection to this motion whereby allowing this motion to be very brief and leave out the specific reasons and not require a brief in support of, however, Plaintiff has not received a response to his messages and requests from defense council, therefore Plaintiff can not state if defense council has objections to this motion or not.

Therefore on a showing of good cause and no intent to needlessly delay the proceedings, and there being no undue prejudice to the Defendant in doing so, the Plaintiff respectfully moves this Court to

extend the time to file a reply to Defendant's motion for attorney fees and costs and other post trial motions based on the Defendant's motion for attorney fees and costs until and including September 2, 2013.

Respectfully submitted,

Brandon Scroggin
Pro-Se
acsscroggin@gmail.com

I, Brandon Scroggin, do hereby certify that a copy of this motion has been emailed to Ms. Rebecca Worsham, attorney of record for the Defendant, on the date of August 11, 2013, and to the email address of rworsham@mixonlaw.com.