IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRANDON SCROGGIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:12-cv-00128-SWW |
| | * | |
| | * | |
| | * | |
| CREDIT BUREAU OF JONESBORO, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff has filed a notice [doc.#60] stating that he has fired his attorney and is again proceeding *pro se*. Plaintiff's attorney, in turn, has filed a motion [doc.#61] to withdraw as plaintiff's attorney. The Court has considered the matter and hereby grants the motion of plaintiff's attorney to withdraw.

The Court direct's plaintiff's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the Clerk of the Court for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the

Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said rules.[1]

IT IS SO ORDERED this 13th day of August 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 5.5(c)(2) provides: Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.