IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRANDON SCROGGIN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:12-cv-00128-SWW |
| | * | |
| | * | |
| CREDIT BUREAU OF JONESBORO, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court hereby grants the motion [doc.#62] of Plaintiff Brandon Scroggin for an extension of up to and including September 3, 2013, in which to (1) respond to defendant's motion [doc.#58] for attorney's fees and costs and (2) to file the motions "[b]ased on the Defendant's motion for attorney fees and costs" that he has identified in his brief in support [doc.#63] of his motion for an extension of time.[1]

IT IS SO ORDERED this 13th day of August 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff actually requested an extension of until and including September 2nd but that day is a legal holiday (Labor Day).