IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BRANDON SCROGGIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:12-cv-00128-SWW |
| | * | |
| | * | |
| | * | |
| CREDIT BUREAU OF JONESBORO, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

The motion [doc.#'s 69, 70] of *pro se* plaintiff Brandon Scroggin for leave to appeal *in forma pauperis* in accordance with Fed.R.App.P. 24 is hereby granted.

IT IS SO ORDERED this 21st day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE