# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3346
_____

Brandon Scroggin       `3:12-cv-128-SWW`

*Plaintiff - Appellant*

v.

Credit Bureau of Jonesboro, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: August 5, 2014
Filed: August 15, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brandon Scroggin appeals an order of the district court,[1] directing him to pay attorney's fees as a sanction for deliberately misusing the judicial process. After

___

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

careful review, we find no abuse of the district court's broad discretion to sanction a party under its inherent powers. See Chambers v. NASCO, Inc., 501 U.S. 32, 56-57 (1991) (party's deliberate misuse of judicial process was sanctionable under court's inherent powers; amount of award was warranted by, inter alia, need to ensure abuses would not be repeated); Kelly v. Golden, 352 F.3d 344, 352 (8th Cir. 2003) (district court has broad discretion to decide appropriate sanctions); Lamb Eng'g & Constr. Co. v. Nebraska Pub. Power Dist., 103 F.3d 1422, 1435 (8th Cir. 1997) (inherent power depends on conduct during litigation, not on which party wins); see also Marx v. Gen. Revenue Corp., 133 S. Ct. 1166, 1175-76 (2013) (district court has inherent power to award attorney's fees, notwithstanding attorney's fees provisions of Federal Debt Collection Practices Act).

      Accordingly, we affirm. See 8th Cir. R. 47B.

_____

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 15, 2014

Mr. Brandon Scroggin
1321 Turner Street
Jonesboro, AR  72401

      RE:  13-3346  Brandon Scroggin v. Credit Bureau of Jonesboro

Dear Mr. Scroggin:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                          Michael E. Gans
                                          Clerk of Court

SRD

Enclosure(s)

cc:    Mr. Jim McCormack
        Mr. Donn Mixon
        Ms. Rebecca Worsham

      District Court/Agency Case Number(s):   3:12-cv-00128-SWW



**13-3346 Brandon Scroggin v. Credit Bureau of Jonesboro  "per curiam opinion filed" (3:12-cv-00128-SWW)**

8cc-cmecf-nda     to:                                                    08/15/2014 08:36 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/15/2014
 **Case Name:**       Brandon Scroggin v. Credit Bureau of Jonesboro
 **Case Number:**    13-3346
 **Document(s):**     Document(s)


**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: Kermit E. Bye, Lavenski R. Smith and Jane Kelly (UNPUBLISHED) [4186269] [13-3346] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Donn Mixon: dmixon@mixonlawfirm.com, spark@mixonlawfirm.com
Mr. Brandon Scroggin: brandonscroggin@gmail.com
Ms. Rebecca Worsham: rworsham@mixonlawfirm.com


The following document(s) are associated with this transaction:
**Document Description:** opinion
**Original Filename:** 133346U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/15/2014] [FileNumber=4186269-0]
[5baa49be6b732f6d50cd50f1899b561da5453dc5d8c4a294f54cc690e64d05ca7567297b9f63a5aa
0de63bcb84b420ccf5cd47ac6a42ef3869dec205e30c9274]]

**Document Description:** Counsel Opinion Letter
**Original Filename:**
/opt/ACECF/live/forms/sduenow_133346_4186269_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/15/2014] [FileNumber=4186269-1]

[88424f29310ad1d1e8cbaa52bc142799b6ae667922a0c0c69b973be43fb57f7e0d6a597e3ee1e93fc0f1a5753f3d822fe102de144060e8d68aa84584747df39b]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. Donn Mixon
- Mr. Brandon Scroggin
- Ms. Rebecca Worsham

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4186269
**RELIEF(S) DOCKETED:**
   not for publication
**DOCKET PART(S) ADDED:** 5140419, 5140420, 5140421